# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIDWAY GAMES INC., *et al.*, | Case No. 09-10465 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure and Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Acquisition Holdings Subsidiary I LLC (as lender under the Loan and Security Agreement by and among Midway Games Inc., certain of its affiliates and subsidiaries, and National Amusements, Inc. (as lender), dated as of February 29, 2008) will take the deposition upon oral examination of the representative or representatives of Highbridge International LLC possessing the most knowledge regarding the topics raised in the Motion of the Debtors Pursuant to 11 U.S.C. §§105, 361 and 363 and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection Pending Final Hearing; (C) Scheduling Final Hearing; and (D) Granting Related Relief, the pleadings filed in response thereto, and those raised in the attached Exhibit A. The deposition shall take place at the offices of Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899 on March 6, 2009 at 10:00 a.m. (eastern time).

Dated: February 24, 2009

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

*Counsel for Acquisition Holdings Subsidiary I LLC*