IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIDWAY GAMES INC., *et al.*,[1] | Case No. 09-10465 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing: 4/1/09 @ 10:00 a.m.** |

## PROTECTIVE RESPONSE OF DEBTORS IN OPPOSITION TO ACQUISITION HOLDINGS SUBSIDIARY I LLC'S ALTERNATIVE CROSS-MOTION FOR RELIEF FROM THE AUTOMATIC STAY [RE: DKT. NO. 100]

The above-captioned debtors and debtors in possession (the "Debtors") hereby respond as follows in opposition to Acquisition Holdings Subsidiary I LLC's (the "Lender") Alternative Cross-Motion for Relief from the Automatic Stay (the "Cross-Motion") [Dkt. No. 100]:

1. As this Court is well aware, a contested hearing has been scheduled for April 1, 2009 at 10:00 a.m. to address the Debtors' pending Motion for Entry of a Final Order Authorizing Use of Cash Collateral (the "Cash Collateral Motion") [Dkt. No. 14].

2. The Debtors have been using cash collateral pursuant to the Interim Order Approving Use of Cash Collateral, entered on February 17, 2009 [Dkt. No. 41], and the Stipulation and Consent Order Regarding Further Interim Use of Cash Collateral, entered on March 10, 2009 [Dkt. No. 147]. By the foregoing orders, the Debtors currently have interim consensual use of cash collateral through April 2, 2009.

---

[1] The Debtors are: Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios - Austin Inc., Midway Studios - Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

3. Leading up to the April 1 hearing, the Debtors, the Lender, the Official Committee of Unsecured Creditors (the "Committee"), and certain third parties have participated in expedited document production and multiple depositions conducted on the East Coast, the West Coast, and in Chicago in connection with cash collateral issues.

4. The Lender filed its Cross-Motion as an alternative form of relief, in the event the Lender is not willing to agree, following the April 1 hearing, to a form of final order the Court is willing to enter that will authorize the Debtors to use cash collateral on a consensual basis. (Cross-Motion, page 2; ¶¶ 11-15) The Lender alleges by the Cross-Motion that in such event, it would be entitled to relief from the automatic stay to presumably proceed to foreclose on collateral. (Cross-Motion, ¶ 16). The Debtors respectfully disagree and leave the Lender to its burdens on the Cross-Motion.

5. The Debtors certainly require use of cash. The Debtors prefer such use to be on a consensual basis. However, if the Lender decides to pursue the relief requested by the Cross-Motion at the April 1 hearing, the Debtors will oppose such request on all available grounds. In doing so, the Debtors will rely upon all written submissions in connection with the Cash Collateral Motion and Cross-Motion, as well as the record established at the April 1 evidentiary hearing.

499287.01600/40180004v.1

6. The Debtors reserve the right to review and comment upon and if necessary, object to, any proposed order in connection with the Cash Collateral Motion or the Cross-Motion. The Debtors do not waive and expressly reserve all rights, remedies, and objections available at law or equity, including the right to supplement this Response at or prior to the April 1 hearing.

Dated: March 30, 2009

**BLANK ROME LLP**

By: /s/ Michael DeBaecke
Michael D. DeBaecke (No. 3186)
Steven L. Caponi (No. 3484)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Jeffrey N. Siegel
Marc E. Richards
Pamela E. Flaherty
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

*Attorneys for Debtors
and Debtors In Possession*

# CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on March 30, 2009, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**Protective Response of Debtors in Opposition to Acquisition Holdings Subsidiary I LLC's Alternative Cross-Motion for Relief From the Automatic Stay [Dkt. No. 100]**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke

499287.01600/40180026v.1

"Notice Parties"

## Service List

**Via Hand Delivery
& Electronic Mail**

(Counsel to the Debtors)
Michael D. DeBaecke
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801
debaecke@blankrome.com

David L. Buchbinder
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

(Counsel to the Official Committee of
Unsecured Creditors)
Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com

**Via First Class Mail
& Electronic Mail**

Deborah K. Fulton
Midway Games Inc.
2704 West Roscoe Street
Chicago, IL 60618
dfulton@midway.com

(Counsel to the Lender)
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
gnovod@kramerlevin.com

(Counsel to the Official Committee of
Unsecured Creditors)
David Zolkin
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
DZolkin@milbank.com

# 2002 SERVICE LIST
## Via Hand Delivery (Local) & First Class Mail (Non-Local)

BLANK ROME LLP
ATTN: MICHAEL D. DEBAECKE
1201 MARKET STREET
WILMINGTON, DE 19802

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DAVID L. BUCHBINDER, ESQ.
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801-3519

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS
1007 NORTH ORANGE STREET
SUITE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

STATE OF DELAWARE
DIVISION OF REVENUE-8TH FLOOR
ATTN RANDY R. WELLER - MS #25
820 N. FRENCH STREET
WILMINGTON, DE 19801-0820

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INS.
4425 N. MARKET STREET
WILMINGTON, DE 19802

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

SECRETARY OF THE TREASURY
PO BOX 7040
DOVER, DE 19903

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES, ESQ.
TIMOTHY P. CAIRNS, ESQ.
919 N. MARKET STREET, 17TH FLOOR
PO BOX 8705
WILMINGTON, DE 19801

CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: KAREN BIFFERATO, ESQ.
COUNSEL TO RREEF DOMAIN, LP
1007 NORTH ORANGE STREET
P.O. BOX 2207
WILMINGTON, DE 19899

RICHARDS, LAYTON & FINGER P.A.
MARCK D. COLLINS
COUNSEL TO THE COMMITTEE
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19899

MIDWAY GAMES INC.
ATTN: MATT BOOTY; RYAN O'DESKY
2704 WEST ROSCOE ST.
CHICAGO, IL 60618

BLANK ROME LLP
ATTN: MARC E. RICHARDS; PAMELA E. FLAHERTY
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
ATTN: PETER ABRUZZESE, ESQ.; PETER KOLEVZON, ESQ.;
GORDON NOVOD, ESQ.
COUNSEL TO ACQUISITIONS HOLDINGS SUBSIDIARY I, LLC
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LAZARD FRERES & CO.
ATTN: JEFFREY SECHREST; BARRY RIDINGS;
30 ROCKEFELLER PLAZA
NEW YORK, NY 10020

DEWEY & LEBOEUF LLP
ATTN: FREDERICK KANNER; TIMOTHY KARCHER;
RICHARD W. REINTHALER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

FTI CONSULTING
ATTN: CHRIS NICHOLLS
3 TIMES SQUARE, 10TH FLOOR
NEW YORK, NY 10036

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: GREGORY A. BRAY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DAVID ZOLKIN; LINDA DAKIN-GRIMM
601 SOUTH FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017

MESIROW FINANCIAL CONSULTING, LLC
ATTN: LARRY LATTIG
2828 ROUTH STREET, SUITE 650
DALLAS, TX 75201

KELLEY DRYE & WARREN LLP
ATTN: DAVID E. RETTER, ESQ.;
PAMELA BRUZZESE-SZCZYGIEL, ESQ.;
AMANDA C. FRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0002

WELLS FARGO BANK, N.A.
ATTN: JAMES R. LEWIS
45 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006

HIGHBRIDGE INTERNATIONAL LLC
ATTN: ADAM J. CHILL
C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC
9 WEST 57TH STREET, 27TH FLOOR
NEW YORK, NY 10019

NBA PROPERTIES, INC.
ATTN: HARVEY E. BENJAMIN
645 FIFTH AVENUE
NEW YORK, NY 10502

FARSIGHT TECHNOLOGIES, INC.
ATTN: JAY PHILLIP OBERNOLTE
611 SPRUCE RD.
BIG BEAR LAKE, CA 92315-2895

MULTI PACKAGING SOLUTIONS, INC.
ATTN: WILLIAM HOGAN
150 EAST 52ND STREET
NEW YORK, NY 10022

BARBEE & GEHRT, LLP
ATTN: JENNIFER A. GEHRT, ESQ.
1201 MAIN STREET, SUITE 1910
DALLAS, TX 75202-4409

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

FTI CONSULTING
ATTN: JAROD WADA
ONE FRONT STREET, SUITE 1600
SAN FRANCISCO, CA 94111

FTI CONSULTING
ATTN: JIM DEROSE, DIRECTOR
1001 17TH STREET, SUITE 1100
DENVER, CO 80202

HUNTON & WILLIAMS LLP
ATTN: JOHN BURNS
421 FAYETTEVILLE STREET, SUITE 1400
RALEIGH, NC 27601

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>31 HOPKINS PLAZA, ROOM 1150<br>BALTIMORE, MD 21201 | J. SCOTT DOUGLAS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 | K&L GATES LLP<br>ATTN: MICHAEL J. GEARIN<br>925 FOURTH AVENUE, SUITE 2900<br>SEATTLE, WA 98104 |
| KELLEY DRYE & WARREN LLP<br>ATTN: DAVID E. RETTER, ESQ.<br>PAMELA BRUZZESE-SZCZYGIEL, ESQ.<br>AMANDA FRIED, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0002 | KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR, ESQ.<br>GABRIELLE ROHWER, ESQ.<br>101 PARK AVENUE,<br>NEW YORK, NY 10178 | LAZARD FRERES & CO<br>ATTN: ADNAN ZAMAN<br>A. KAYVON BINA<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020 |
| LINEBARGER GOGGAN BLAIR SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | NELSON FELKER TOCZEK DAVIS LLP<br>ATTN: GEORGE DAVIS<br>10880 WILSHIRE BLVD., SUITE 2070<br>LOS ANGELES, CA 90024 | PERDUE, BRANDON, FIELDER, COLLINS &<br>MOTT, LLP<br>C/O ELIZABETH BANDA<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH PENNSLYVANIA AVENUE, N.W.<br>WASHINGTON, DC 20020 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: NATHAN FUCHS<br>233 BROADWAY<br>NEW YORK, NY 10279 | SHEARMAN & STERLING, LLP<br>ATTN: SUSAN A. FENNESSEY<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| SOLOMON WARD SEIDENWURM & SMITH<br>ATTN: MICHAEL D. BRESLAUER, ESQ.<br>401 B. STREET, SUITE 1200<br>SAN DIEGO, CA 92101 | THE SEAPORT GROUP, LLC<br>ATTN: SCOTT FRIEDBERG<br>360 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10017 | TW TELECOM, INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| US ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>MICHAEL B. MUKASEY<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | US SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ALISTER BAMBACH<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 | WARNER BROS. ENTERTAINMENT<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 |