## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| | : Chapter 11 |
| In re: | : |
| MIDWAY GAMES, INC., *et al.,* | : Case No. 09-10465 (KG) |
| | : |
| Debtors, | : (Jointly Administered) |
| | : |
| | : **Hearing Date: April 1, 2009** |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PRE-HEARING STATEMENT BY ACQUISITION HOLDINGS SUBSIDIARY I LLC

# CONFIDENTIAL

# TO BE KEPT UNDER SEAL

**(pursuant to *Order Entering Stipulated Protective Order* [Docket No. 161])**