IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
:
In re: : Chapter 11
MIDWAY GAMES, INC., *et al.*, :
: Case No. 09-10465 (KG)
Debtors, :
: (Jointly Administered)
:
: Hearing Date: April 1, 2009
:
------------------------------------------------x

## PRE-HEARING STATEMENT BY ACQUISITION HOLDINGS SUBSIDIARY I LLC

# CONFIDENTIAL

# TO BE KEPT UNDER SEAL

(pursuant to *Order Entering Stipulated Protective Order* [Docket No. 161])