## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---

In re:

MIDWAY GAMES INC., *et al.*,

Debtors.

Chapter 11

Case No. 09-10465 (KG)

(Jointly Administered)

---

### SUPPLEMENTAL DECLARATION OF MARK EVAN THOMAS

I, Mark Evan Thomas, do hereby declare, under penalty of perjury, that:

1.     I am the sole principal and sole owner of the assets of Acquisition Holdings Subsidiary I LLC ("AHS"). Because I am aware that certain issues have been raised with regard to my personal net worth, I submit this declaration to supplement and clarify statements made in my declaration filed with the Court on March 5, 2009 [Docket No. 123] (the "Original Declaration").

2.     In paragraph 4 of the Original Declaration, I stated that "[m]y net worth exceeds $10 million and I have no debt."

3.     After I executed my Original Declaration, I was deposed by the Official Committee of Unsecured Creditors of Midway Games, Inc. on March 25, 2009 in connection with the above referenced Debtors' request to use AHS's cash collateral. During that deposition, the Committee's counsel asked a number of questions about the ownership of various assets that I have always considered to be part of my personal net worth. I answered all of those questions truthfully based upon my best recollection at that time.

4.     Following my deposition, I have reviewed account statements and other documents with respect to the present net worth of my cash and liquid securities to ensure that all of the information I have provided is accurate. Having done so, and to avoid any possible

misunderstanding, I wish to supplement and clarify paragraph 4 of the Original Declaration and my testimony given at my deposition.

5.      I presently own cash and liquid securities with present market value believed to be in excess of $3 million. These funds and securities are maintained in accounts either solely in my name or held jointly with my wife, Marcy Morris Thomas. In addition, I have other assets, including personal property, which are owned outright in my own name or are owned jointly with my wife, the combined value exceeds $2 million.

6.      Finally, as noted above, I am the sole owner of MT Acquisition Holdings LLC, which in turn is the sole member of AHS. The principal assets of AHS are its claims against the Debtors, which exceed $70 million on a secured and unsecured basis.

7.      In addition, I have no long term debt and pay my debts as they become due and payable.

Dated: March 31, 2009

_____
Mark Evan Thomas, Esq.