# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIDWAY GAMES INC., et al.,[1] | Case No. 09-10465 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING [RE: DKT. NOS. 63 AND 213]

PLEASE TAKE NOTICE that on February 23, 2009, the above-captioned debtors and debtors in possession filed a Motion for Entry of an Order Approving a Key Employee Incentive Plan (the "Motion") (Dkt. No. 63). A proposed Key Employee Incentive Plan (the "Plan") was attached as Exhibit "A" to the Motion. The Debtors amended the proposed Plan by a Notice of Filing on March 30, 2009 [Dkt. No. 213]. An evidentiary hearing was conducted on April 6, 2009 in connection with the Motion and proposed Plan, as such had been further amended prior to the hearing. The Plan, as amended, was approved by the Court at the April 6 hearing.

A copy of the amended proposed Plan as approved by the Court on April 6 is attached hereto as Exhibit A. A blackline copy showing changes made to the revised proposed Plan filed on March 30 is attached hereto as Exhibit B.

Dated: April 13, 2009

BLANK ROME LLP

By: /s/ Michael DeBaecke
Michael D. DeBaecke (No. 3186)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

---

[1] The Debtors are: Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios - Austin Inc., Midway Studios - Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

900200.00001/40180372v.1

-and-

Jeffrey N. Siegel
Marc E. Richards
Pamela E. Flaherty
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION