# EXHIBIT C

# CURE AMOUNT NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------
In re                                      : Chapter 11
                                           :
MIDWAY GAMES INC., *et al.*,               : Case No. 09-10465 (KG)
                                           : Jointly Administered
            Debtors.¹                      : **Hearing Date: July 1, 2009 at 1:00 p.m.**
---------------------------------------------------------   **(EDT) (proposed)**
                                             **Objections Due: June 24, 2009 at 4:00 p.m.**
                                             **(EDT) (proposed)**


### NOTICE OF (I) DEBTORS' REQUEST FOR AUTHORITY TO ASSUME, ASSIGN AND SELL CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (II) DEBTORS' PROPOSED CURE AMOUNTS

**TO ALL COUNTERPARTIES TO EXECUTORY CONTRACTS
AND UNEXPIRED LEASES:**

In connection with the above-captioned debtors and debtors in possession (collectively, the "Debtors") pending Motion Of Debtors For Entry Of Orders Under 11 U.S.C. §§ 105(A), 363, And 365 And Federal Rules Of Bankruptcy Procedure 2002, 6004, 6006 And 9014 (I) (A) Approving Bidding Procedures, Bidding Incentives For The Stalking Horse Bidder, And Auction Procedures; (B) Approving Notice Procedures For The Solicitation Of Bids, An Auction, And The Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (C) Scheduling An Auction For The Sale Or Sales Of All Or Substantially All Of Debtors' Assets; (II) Approving The Sale Or Sales Of All Or Substantially All Of The Debtors' Assets And Approving The Assumption and Assignment of Executory Contracts And Unexpired Leases; And (III) Granting Related Relief (the "Sale Motion") [Dkt. No. ---], the Debtors hereby provide notice of their intent to assume, assign and sell, pursuant to sections 363 and 365 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), the executory contracts and unexpired leases (the "Contracts and Leases") identified on Schedule 1 annexed hereto, to Warner Bros. Entertainment Inc. ("WBEI") as purchaser under that certain Asset Purchase Agreement dated as of May 20, 2009 (collectively with all schedules and exhibits thereto, the "Purchase Agreement") by and

---

¹ The Debtors are: Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios - Austin Inc., Midway Studios - Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

between certain of the Debtors signatory thereto as sellers ("Sellers")[2] and WBEI as purchaser. Capitalized terms not otherwise defined in this notice shall have the meaning ascribed to such terms in the Sale Motion or Purchase Agreement, as applicable.

**PLEASE LOCATE YOUR NAME AND CONTRACT OR LEASE ON SCHEDULE 1.**

Conditions to Effectiveness of Assumption and Assignment. By the Sale Motion, the Debtors are seeking authority to assume and assign some or all of the Contracts and Leases to WBEI or to a competing bidder that becomes the Successful Bidder following an open auction process. The proposed assumption and assignment of each of the Contracts and Leases shall be effective only upon a closing (the "Closing Date") of the sale(s) to WBEI or other Successful Bidder(s) for the Debtors' assets (hereafter, the "Purchaser"). The Contracts and Leases would be assumed and assigned (each, an "Assigned Contract"), if at all, pursuant to the terms and conditions of the applicable asset purchase agreement (the "Purchase Agreement") and sale order entered by the Bankruptcy Court.

Cure. All amounts, if any, the Debtors believe are required to cure any default under each Contract or Lease ("Cure Amounts") are set forth on Schedule 1. On the Closing Date, or as soon thereafter as is reasonably practicable, you will be paid the Cure Amount by the Purchaser if your Contract or Lease is an Assigned Contract. Other than the Cure Amounts, it is the Debtors' position that there are no other defaults or amounts owing under the Contracts and Leases.

Objections. Pursuant to an Order of the Bankruptcy Court (the "Bidding Procedures Order"), entered on June --, 2009 (D.I. \_\_\_\_), objections, if any, to the proposed assumption and assignment of any Contract or Lease, including without limitation any objection to the Debtors' proposed Cure Amount or the provision of adequate assurance of future performance pursuant to section 365(b)(1)(C) of the Bankruptcy Code ("Adequate Assurance"), must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 on or before **June 24, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (d) served so as to be received on or before the Objection Deadline by the following (collectively, the "Objection Notice Parties"): (a) counsel for the Debtors: Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, Attn: Pamela Flaherty, Esq., Fax (212) 885-5001, and 1201 North Market Street, Suite 800, Wilmington, DE 19899, Attn: Michael D. DeBaecke, Esq. Fax: (302) 425-6464; (b) counsel for the Lender: Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Gordon Novod, Esq., Fax (212) 715-8192; (c) counsel for the Creditors' Committee: Milbank, Tweed, Hadley & McCloy LLC, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017, Attn: David B. Zolkin, Esq., Fax (213) 892-4767; (d) the Office of the United States Trustee, 844 North King Street, Suite 2207, Wilmington, DE 19801, Attn: David Buchbinder, Esq., Fax (302) 573-6497; and (e) counsel for WBEI: Andrews Kurth LLP, 601 South Figueroa Street, Los Angeles, CA 90017, Attn: Jon L.R.

---

[2]  The Sellers are: Midway Games Inc., Midway Amusement Games, LLC, Midway Home Entertainment Inc., Surreal Software Inc., Midway Games West Inc., Midway Studios-Los Angeles Inc. and Midway Studios-Austin Inc.

Dalberg, Esq., Fax (213) 896-3137. The foregoing requirements are collectively referred to herein as the "Assigned Contract Objection Procedures."

Pursuant to the Bidding Procedures Order, only those objections made in compliance with the Assigned Contract Objection Procedures will be considered by the Court at the Sale Hearing. If no objection is timely and properly filed and served in accordance with the Assigned Contract Objection Procedures, (a) the Cure Amount set forth in this Notice shall be controlling notwithstanding anything to the contrary in any Assigned Contract or other document and the nondebtor party to the Assigned Contract shall be forever barred from asserting any other claim arising prior to the assignment against the Debtors or the Purchaser as to such Assigned Contract and (b) the Purchaser's promise to perform under the Assigned Contract shall be deemed Adequate Assurance. To the extent the Debtors dispute any contract party's claim for a Cure Amount, such dispute shall be presented to the Bankruptcy Court at the Sale Hearing, or such later date and time as the Debtor, Purchaser, and the objector may agree or the Bankruptcy Court may order.

Sale Hearing. A hearing (the "Sale Hearing") will be held before The Honorable Kevin Gross, United States Bankruptcy Judge, on [**July 1, 2009 at 1:00 p.m. (Eastern Time)**] in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, to consider the relief requested in the Sale Motion, including, without limitation, the proposed assumption, assignment and/or sale of the Contracts and Leases. The Debtors may adjourn the Sale Hearing one or more times without further notice by making an announcement in open Court or by the filing of a hearing agenda pursuant to Bankr. D. Del. L.R. 9029-3 announcing the adjournment.

Modifications. The Debtors reserve the right, in their sole and absolute discretion, to (a) at any time prior to the Sale Hearing, amend their decision with respect to the proposed assumption and assignment of any Contract or Lease and provide you with a new notice amending the information provided in this notice; and (b) at any time prior to the closing of the transaction, to remove any Contract or Lease from Schedule 1 and provide notice thereof. Nothing contained herein or in Schedule 1 shall constitute or be deemed to constitute an admission or concession by any party, including the Debtors, that any Contract or Lease is an executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.

Documents. Copies of the Sale Motion, the Purchase Agreement, and the Bidding Procedures Order (including the Bidding Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 3:00 p.m. (Eastern Time) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys: Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801. Additionally, copies of the foregoing may be downloaded from the Court's docket at www.deb.uscourts.gov or at http://chapter11.epiqsystems.com.

Dated: Wilmington, Delaware
      June __, 2009

**BLANK ROME LLP**

By: _____
    Michael D. DeBaecke (No. 3186)
    David W. Carickhoff (No. 3715)
    Victoria Guilfoyle (No. 5183)
    1201 North Market Street
    Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6412
    Facsimile: (302) 425-6464

    -and-

    Jeffrey N. Siegel
    Marc E. Richards
    Pamela E. Flaherty
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10174
    Telephone: (212) 885-5000
    Facsimile: (212) 885-5001

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION