IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIDWAY GAMES INC., et al.,[1] | Case No. 09-10465 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2009, I caused to be served true and correct copies of the following:

    a. "Omnibus Hearing Order," dated August 25, 2009 [Docket No. 575],

    b. "Order Pursuant to 11 U.S.C. § 1121 (d) Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptance Thereof," dated August 26, 2009 [Docket No. 578],

    c. "Order Expanding the Scope of Debtors' Employment of Ernst & Young LLP to Include Audit Services Related to 401K Plan, *Nunc Pro Tunc* to July 24, 2009," dated August 26, 2009 [Docket No. 579],

    d. "Order Approving Transition Services Incentive Plan, Effective as of August 5, 2009," dated August 26, 2009 [Docket No. 580],

    e. "Order Authorizing the Rejection of Certain Unexpired Sublease of Nonresidential Real Property and Abandonment of Personal Property in Connection Therewith," dated August 26, 2009 [Docket No. 581], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Midway Games Inc. (6244), Midway Amusement Games, LLC (4179), Midway Home Entertainment Inc. (3621), Midway Interactive Inc. (6756), Surreal Software Inc. (1785), Midway Studios – Austin Inc. (2584), Midway Studios – Los Angeles Inc. (1153), Midway Games West Inc. (8756), Midway Home Studios Inc. (8429), Midway Sales Company, LLC (xxxx). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 2704 West Roscoe St., Chicago, Illinois 60618.

    f. "Order Authorizing Use of Segregated Funds to Pay for Ordinary Course of Business Expenses and Authorized Professional Fees and Expenses," dated August 26, 2009 [Docket No. 583],

enclosed securely in separate postage pre-paid envelopes, via first class mail to those parties listed on the annexed <u>Exhibit A.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            Konstantina Haidopoulos

Sworn to before me this
2nd day of September, 2009

Notary Public



**EXHIBIT A**

# MIDWAY GAMES INC.
## Service List

| Claim Name | Address Information |
|---|---|
| BARBEE & GEHRT, L.L.P. | ATTN: JENNIFER A. GEHRT, ESQ. COUNSEL TO RREEF DOMAIN L.P. 1201 MAIN STREET, SUITE 1910 P.O. BOX 224409 DALLAS TX 75202-4409 |
| BLANK ROME LLP | ATTN: MARC E. RICHARDS; PAMELA E. FLAHERTY THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BLANK ROME LLP | ATTN: MICHAEL D. DEBAECKE 1201 MARKET STREET WILMINGTON DE 19802 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON, ESQ. COUNSEL TO ORACLE USA, INC. AND ORACLE CREDITOR CORPORATION 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ. CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 700 WILMINGTON DE 19801 |
| COHN WHITESELL & GOLDBERG LLP | ATTN: MICHAEL J. GOLDBERG COUNSEL TO ACQUISITION HOLDINGS SUBSIDIARY I, LLC 101 ARCH STREET BOSTON MA 02110 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: KAREN BIFFERATO, ESQ. COUNSEL TO RREEF DOMAIN, LP 1007 NORTH ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| DAN MCALLISTER | TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY DESK 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX DIVISION 401 FEDERAL STREET, SUITE 4 P.O. BOX 7040 DOVER DE 19901 |
| DEPARTMENT OF LABOR | DIVISION OF UNEMPLOYMENT INS. 4425 N. MARKET STREET WILMINGTON DE 19802 |
| DEWEY & LEBOEUF LLP | ATTN: FREDERICK KANNER; TIMOTHY KARCHER; RICHARD W. REINTHALER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DUANE MORRIS LLP | JOSEPH H. LEMKIN, ESQ. COUNSEL FOR CONOPCO, INC. D/B/A UNILEVER 744 BROAD STREET NEWARK NJ 07102 |
| DUANE MORRIS LLP | SOMMER L. ROSS COUNSEL FOR CONOPCO, INC. D/B/A UNILEVER 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801-1246 |
| FARSIGHT TECHNOLOGIES, INC. | ATTN: JAY PHILLIP OBERNOLTE 611 SPRUCE RD. BIG BEAR LAKE CA 92315-2895 |
| FIERST, PUCCI & KANE LLP | ATTN: FREDERICK U. FIERST, ESQ. COUNSEL TO VOGSTER ENTERTAINMENT 64 GOTHIC STREET, SUITE 4 NORTHAMPTON MA 01060-3042 |
| FRANK/GECKER LLP | JOSEPH D. FRANK JONES LANG LASALLE AMERICAS, INC. 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FTI CONSULTING | ATTN: CHRIS NICHOLLS 3 TIMES SQUARE, 11TH FLOOR NEW YORK NY 10036 |
| FTI CONSULTING | ATTN: JIM DEROSE, DIRECTOR CORPORATE FINANCE 1001 17TH STREET, SUITE 1100 DENVER CO 80202 |
| FTI CONSULTING | ATTN: JAROD WADA ONE FRONT STREET, SUITE 1600 SAN FRANCISCO CA 94111 |
| HAYNES AND BOONE, LLP | ATTN: IAN PECK; MARK ELMORE COUNSEL TO TNA ENTERTAINMENT 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHBRIDGE INTERNATIONAL LLC | C/O HIGHBRIDGE CAPTIAL MANAGEMENT LLC ATTN: ADAM J. CHILL 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HUNTON & WILLIAMS LLP | COUNSEL TO EPIC GAMES, INC. ATTN: JOHN BURNS 421 FAYETTEVILLE STREET, SUITE 1400 RALEIGH NC 27601 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLAZA, ROOM 1150 BALTIMORE MD 21201 |
| J. SCOTT DOUGLAS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| K&L GATES LLP | MICHAEL J. GEARIN COUNSEL FOR MICROSOFT CORPORATION 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ.; GABRIELLE ROHWER, ESQ. COUNSEL TO WELLS FARGO BANK NA 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: DAVID E. RETTER, ESQ. 101 PARK AVENUE NEW YORK NY 10178-0002 |
| LAZARD FRERES & CO. | ATTN: JEFFREY SECHREST; BARRY RIDINGS; 30 ROCKEFELLER PLAZA NEW YORK NY 10020 |
| LAZARD FRERES & CO. | ATTN: ADNAN ZAMAN; A. KAYVON BINA 30 ROCKEFELLER PLAZA NEW YORK NY 10020 |
| LINEBARGER GOGGAN BLAIR SAMPSON, LLP | ELIZABETH WELLER COUNSEL FOR DALLAS COUNTY 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| MESIROW FINANCIAL CONSULTING, LLC | ATTN: LARRY LATTIG 2828 ROUTH STREET, SUITE 650 DALLAS TX 75201 |
| MESSANA ROSNER & STERN LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |

# MIDWAY GAMES INC.
## Service List

| Claim Name | Address Information |
|---|---|
| MIDWAY GAMES INC. | ATTN: MATT BOOTY; RYAN O'DESKY 2704 WEST ROSCOE ST. CHICAGO IL 60618 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: GREGORY A. BRAY 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DAVID ZOLKIN; LINDA DAKIN-GRIMM 601 SOUTH FIGUEROA ST., 30TH FLOOR LOS ANGELES CA 90017 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & | POPEO, P.C. WILLIAM W. KANNEL, ESQ.; A.W. PHINNEY III, ESQ.; ELIZABETH B. BURNETT, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: JEHANNE M. BJORNEBYE ONE FINANCIAL CENTER BOSTON MA 02111 |
| MULTI PACKAGING SOLUTIONS, INC. | ATTN: WILLIAM H. HOGAN 150 EAST 52ND STREET NEW YORK NY 10022 |
| NBA PROPERTIES, INC. | ATTN: HARVEY E. BENJAMIN 645 FIFTH AVENUE ARDSLEY NY 10502 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2313 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES, ESQ. TIMOTHY P. CAIRNS, ESQ. 919 N. MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | C/O ELIZABETH BANDA COUNSEL TO RICHARDSON INDEPENDENT SCHOOL DISTRICT 4025 WOODLAND PARK BLVD., SUITE 300 PO BOX 13430 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A. WARD COUNSEL TO TNA ENTERTAINMENT LLC 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER P.A. | MARCK D. COLLINS COUNSEL TO THE COMMITTEE ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19899 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH, JR. COUNSEL TO MICROSOFT LICENSING, GP 1001 4TH AVE, STE 4500 SEATTLE WA 98154 |
| SECRETARY OF THE TREASURY | 820 SILVER LAKE BOULEVARD, SUITE 100 P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20020 |
| SELTZER CAPLAN MCMAHON VITEK | DENNIS J. WICKHAM, ESQ. 750 B STREET, SUITE 2100 SAN DIEGO CA 92101 |
| SHEARMAN & STERLING, LLP | SUSAN A. FENNESSEY 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOLOMON WARD SEIDENWURM & SMITH | MICHAEL D. BRESLAUER, ESQ. COUNSEL FOR CRYSTAL PIER PARTNERS, L.P. 401 B. STREET, SUITE 1200 SAN DIEGO CA 92101 |
| STATE OF DELAWARE | DIVISION OF REVENUE-8TH FLOOR ATTN RANDY R. WELLER - MS #25 820 N. FRENCH STREET WILMINGTON DE 19801-0820 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, ESQ. COUNSEL TO VOGSTER ENTERTAINMENT 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| THE SEAPORT GROUP, LLC | SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| US ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE MICHAEL B. MUKASEY 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS 1007 NORTH ORANGE STREET SUITE 700 PO BOX 2046 WILMINGTON DE 19899-2046 |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN ALISTER BAMBACH 3 WORLD FINANCIAL CENTER SUITE 400 NEW YORK NY 10281-1022 |
| WARNER BROS. ENTERTAINMENT INC. | WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WELLS FARGO BANK, N.A. | ATTN: JAMES R. LEWIS 45 BROADWAY, 17TH FLOOR NEW YORK NY 10006 |
| WILDMAN, HARROLD, ALLEN & DIXON LLP | ATTN: JONATHAN W. YOUNG 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| WILLIAMS MULLEN | WILLIAM H. SCHWARTZCHILD, III, ESQ. P.O. BOX 1320 RICHMOND VA 23218-1320 |

**Total Creditor Count 62**