IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  : Chapter 11
                                        :
MIDWAY GAMES INC., *et al.*,            : Case No. 09-10465 (KG)
                                        : (Jointly Administered)
                                        :
         Debtors.                       : **Hearing Date: N/A**
                                          **Objection Deadline: N/A**

# ADMINISTRATIVE PROOF OF CLAIM OF FARSIGHT TECHNOLOGIES, INC

1. This administrative claim is made by FarSight Technologies, Inc. ("FarSight"), a licensor to the debtor pursuant to the 2007 Master Design and Development Agreement and related schedules and amendments ("Licenses").

2. The Licenses with the debtor were in effect as of the petition filing date of February 12, 2009, and were not rejected by debtor prior to the assignment to Warner Bros. Entertainment Inc. on July 10, 2009.

3. FarSight has been deemed a critical vendor by this court, and FarSight continued doing business under the Licenses on that basis.

4. Under the Licenses, FarSight is owed $511,305.90 for 2009 Second Quarter royalties for royalties earned during the period from April 1, 2009, to June 30, 2009, which remains due and owing subject to a Return Reserve as discussed below.

5. Both the debtor and Warner Bros. Entertainment Inc. have denied responsibility for payment of the Second Quarter royalties, and FarSight therefore needs a determination as to whether those royalties are to be paid to FarSight by debtor or by Warner Bros. Entertainment Inc.

6. Under the Licenses, FarSight is owed $138,074.82 for Third Quarter stub period royalties earned during the period between July 1, 2009, to July 10, 2009, which remains due and owing subject to a Return Reserve as discussed below.

7. Both the debtor and Warner Bros. Entertainment Inc. have denied responsibility for payment of the Third Quarter stub period royalties (July 1, 2009, to July 10, 2009), and FarSight therefore needs a determination as to whether those royalties are to be paid to FarSight by debtor or by Warner Bros. Entertainment Inc.

8. Under the Licenses, FarSight is to be paid its royalties within 45 days of the close of each Quarter subject to a 20% Return Reserve that is to be held back by debtor in trust for two quarters, pending reductions for actual returns and credits. Once those amounts are deducted from the Return Reserve, the balance of the Return Reserve is to be paid to FarSight.

9. Under the Licenses, FarSight is owed the balance of the Return Reserve for 2008 Fourth Quarter royalties (October 1, 2008, to December 31, 2008) in the amount of $329,641.24, which remains due and owing.

10. Under the Licenses, FarSight is owed the balance of the Return Reserve for 2009 First Quarter royalties (January 1, 2009, to March 31, 2009) in the amount of $210,688.52, which remains due and owing.

11. Under the Licenses, FarSight will be owed $128,248.86 Return Reserve for 2009 Second Quarter royalties (April 1, 2009, to June 30, 2009) on February 15, 2010. FarSight therefore needs to either be paid this sum in full at this time, or obtain a determination from this Court as to whether those royalties are to be paid to FarSight by

debtor or by Warner Bros. Entertainment Inc. on the date that they would otherwise come due under the Licenses.

12. Under the Licenses, FarSight will be owed $10,535.62 Return Reserve for 2009 Third Quarter royalties (July 1, 2009, to July 10, 2009) on May 15, 2010. FarSight therefore needs to either be paid this sum in full at this time, or obtain a determination by this Court as to whether those royalties are to be paid to FarSight by debtor or by Warner Bros. Entertainment Inc. on the date that they would otherwise come due under the Licenses.

13. FarSight therefore makes this administrative claim in the total amount of $1,328,494.96, and requests that its claim be allowed and paid in full.

14.

Dated: December 2, 2009    FarSight Technologies, Inc.

By: _____
Jay Obernolte
Its: President

**FarSight Technologies, Inc. Administrative Claim Accounting**

**Q2 2009 royalties**
| | | |
|---|---|---|
| Game Party Q2 2009 GC2 | $ | 275,558.65 |
| Game Party 2 Q2 2009 GC2 | $ | 235,747.25 |
| total | $ | **511,305.90** |

**Q3 2009 royalties**
| | | |
|---|---|---|
| Game Party Q3 2009 GC2 | $ | 79,480.42 |
| Game Party Q3 2009 GC2 (2) | $ | 2,538.32 |
| Game Party Q3 2009 Game Party & Cruis'n | $ | 606.23 |
| Game Party 2 Q3 2009 GC2 | $ | 55,449.85 |
| total | $ | **138,074.82** |

**Q4 2008 return reserve**
| | | |
|---|---|---|
| Game Party GC2 Q4 2008 reserve | $ | 202,172.14 |
| Game Party GC2 (2) Q4 2008 reserve | $ | 2,784.87 |
| Game Party 2 GC2 Q4 2008 reserve | $ | 124,684.23 |
| total | $ | **329,641.24** |

**Q1 2009 return reserve**
| | | |
|---|---|---|
| Game Party GC2 Q1 2009 reserve | $ | 70,585.84 |
| Game Party GC2 (2) Q1 2009 reserve | $ | 46.84 |
| Game Party & Cruis'n Q1 2009 reserve | $ | 9,361.26 |
| Game Party 2 GC2 Q1 2009 reserve | $ | 130,694.58 |
| total | $ | **210,688.52** |

**Q2 2009 return reserve**
| | | |
|---|---|---|
| Game Party GC2 Q2 2009 reserve | $ | 69,312.05 |
| Game Party GC2 (2) Q2 2009 reserve | $ | - |
| Game Party & Cruis'n Q2 2009 reserve | $ | - |
| Game Party 2 GC2 Q2 2009 reserve | $ | 58,936.81 |
| total | $ | **128,248.86** |

**Q3 2009 return reserve**
| | | |
|---|---|---|
| Game Party GC2 Q3 2009 reserve | $ | 8,556.37 |
| Game Party GC2 (2) Q3 2009 reserve | $ | - |
| Game Party & Cruis'n Q3 2009 reserve | $ | 96.08 |
| Game Party 2 GC2 Q3 2009 reserve | $ | 1,883.17 |
| total | $ | **10,535.62** |

| | | |
|---|---|---|
| **ADMINISTRATIVE CLAIM TOTAL** | $ | **1,328,494.96** |



August 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** June 30, 2009
**Format** GC2
**Game Title** Game Party

| DOMESTIC SALES - 19189 | | INTERNATIONAL SALES - 15037 15038 15039 15040 15041 | |
|---|---:|---|---:|
| Unit Sales | 180,773 | Unit Sales | 49,479 |
| Less cumulative returns | (1,730) | Less cumulative returns | (5,552) |
| Previously reported sales | 1,752,145 | Previously reported sales | 579,981 |
| Cumulative Unit Sales | 1,931,188 | Cumulative Unit Sales | 623,908 |
| Total units received | (1,967,080) | | |
| Total adjustments to Inventory | 2,438 | Unit Collections | 30,011 |
| Unsold Units | (33,454) | Previously reported units | 515,501 |
| | | Cumulative Unit Collections | 545,512 |
| Unit Collections | 127,237 | | |
| Previously reported units | 1,589,167 | | |
| Cumulative Unit Collections | 1,716,404 | | |

| Regular Collections | | Regular Collections | |
|---|---:|---|---:|
| Collections | $ 1,748,646.34 | Collections | $ 404,282.61 |
| Less Price Protection, Returns and Credits | (89,248.21) | Less Price Protection, Returns and Credits | (7,953.34) |
| Net Collections | 1,659,398.13 | Net Collections | 396,329.27 |

| Alternate Collections (1/2 OWP) | | Alternate Collections (1/2 OWP) | |
|---|---:|---|---:|
| Collections | $ - | Collections | $ - |
| Less Price Protection, Returns and Credits | - | Less Price Protection, Returns and Credits | - |
| Net Collections | - | Net Collections | - |

| Below Cost Collections/No Royalty Due | $ - | Below Cost Collections/No Royalty Due | $ (12.69) |
|---|---:|---|---:|

| Return Reserve Calculation | | Regular Royalty @ 16% of net collections | $ 328,916.38 |
|---|---:|---|---:|
| Return Reserve QE 6/2009 | $ 69,312.05 | Alternate Royalty @ 8% of net collections (1/2 OWP) | - |
| Return Reserve QE 3/2009 | 115,840.79 | Allowances @ 10% | 17,643.86 |
| Return Reserve QE 12/2008 | 202,172.14 | | |
| Return Reserve Released | - | Royalty for Quarter | $ 346,560.24 |
| Net Return Reserve | $ 387,324.98 | Less: Reserve for Returns (20%) | (69,312.05) |
| | | Plus Return Reserve Released | - |

| Allowances | | | |
|---|---:|---|---:|
| Cum Allowances as of 6/2009 | $ 236,529.49 | Less Royalty Advance Carried Forward | - |
| Allowance Adjustment Taken QE 12/2007 | (79,074.84) | Plus Game Party & Cruis'n Cross-Collateralized with Game Party | (1,689.54) |
| Allowance Adjustment Taken QE 3/2008 | (752,180.76) | Royalty Due | $ 275,558.65 |
| Allowance Adjustment Taken QE 6/2008 | (1,261.24) | | |
| Allowance Adjustment Taken QE 9/2008 | (103,607.52) | | |
| Allowance Adjustment Returned QE 12/2008 | 395,580.26 | | |
| Allowance Adjustment Returned QE 2/2009 | 120,532.55 | | |
| Allowance Adjustment Returned QE 3/2009 | 7,043.51 | | |
| Allowance Adjustment Returned QE 6/2009 | 176,438.55 | | |
| | $ - | | |

Jeanette Sanchez
Royalty Manager



August 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** June 30, 2009
**Format** GC2 (2)
**Game Title** Game Party

| DOMESTIC SALES - 19195 | | INTERNATIONAL SALES - | |
|---|---:|---|---:|
| Unit Sales | - | Unit Sales | - |
| Less cumulative returns | (7) | Less cumulative returns | - |
| Previously reported sales | 59,293 | Previously reported sales | - |
| Cumulative Unit Sales | 59,286 | Cumulative Unit Sales | |
| Total units received | (59,300) | | |
| Total adjustments to Inventory | 6 | Unit Collections | - |
| Unsold Units | (8) | Previously reported units | - |
| | | Cumulative Unit Collections | |
| Unit Collections | - | | |
| Previously reported units | 53,684 | | |
| Cumulative Unit Collections | 53,684 | | |

| Regular Collections | | Regular Collections | |
|---|---:|---|---:|
| Collections $ | - | Collections $ | - |
| Less Price Protection, Returns and Credits | (345.58) | Less Price Protection, Returns and Credits | - |
| Net Collections | (345.58) | Net Collections | - |

| Alternate Collections (1/2 OWP) | | Alternate Collections (1/2 OWP) | |
|---|---:|---|---:|
| Collections $ | - | Collections $ | - |
| Less Price Protection, Returns and Credits | - | Less Price Protection, Returns and Credits | - |
| Net Collections | - | Net Collections | - |

Below Cost Collections/No Royalty Due $   -         Below Cost Collections/No Royalty Due $   -

| Return Reserve Calculation | | | | |
|---|---:|---|---:|---:|
| Return Reserve QE 6/2009 | $ - | Regular Royalty @ 16% of net collections | $ | (55.29) |
| Return Reserve QE 3/2009 | 2,585.16 | Alternate Royalty @ 8% of net collections (1/2 OWP) | | - |
| Return Reserve QE 12/2008 | 2,784.87 | Allowances @ 10% | | |
| Return Reserve Released | - | | | |
| Net Return Reserve | $ 5,370.03 | Royalty for Quarter | $ | (55.29) |
| | | Less: Reserve for Returns (20%) | | - |
| | | Plus Return Reserve Released | | |

| Allowances | | | | |
|---|---:|---|---:|---:|
| Cum Allowances as of 6/2009 | $ - | Less Royalty Advance Carried Forward | | - |
| Allowance Adjustment Taken QE 12/2007 | (3,323.01) | Plus GC2(2) Cross-Collateralized with GC2 | | 55.29 |
| Allowance Adjustment Taken QE 3/2008 | (1,564.59) | Royalty Advance Remaining | $ | (0.00) |
| Allowance Adjustment Taken QE 6/2008 | (5,637.27) | | | |
| Allowance Adjustment Returned QE 9/2008 | 3,940.34 | | | |
| Allowance Adjustment Returned QE 12/2008 | 5,735.69 | | | |
| Allowance Adjustment Returned QE 2/2009 | 848.84 | | | |
| Allowance Adjustment Taken QE 3/2009 | - | | | |
| Allowance Adjustment Taken QE 6/2009 | - | | | |
| | $ - | | | |

Jeanette Sanchez
Royalty Manager



August 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** June 30, 2009
**Format** GC2
**Game Title** Game Party & Cruis'n

| DOMESTIC SALES - 90111 | | | INTERNATIONAL SALES - 15060 | | |
|---|---|---|---|---|---|
| Unit Sales | | - | Unit Sales | | 95 |
| Less cumulative returns | | (1) | Less cumulative returns | | (197) |
| Previously reported sales | | 25,000 | Previously reported sales | | 2,651 |
| Cumulative Unit Sales | | 24,999 | Cumulative Unit Sales | | 2,549 |
| Total units received | | (25,008) | | | |
| Total adjustments to Inventory | | 9 | Unit Collections | | - |
| Unsold Units | | - | Previously reported units | | - |
| | | | Cumulative Unit Collections | | - |
| Unit Collections | | - | | | |
| Previously reported units | | 24,999 | | | |
| Cumulative Unit Collections | | 24,999 | | | |

| Regular Collections | | | Regular Collections | | |
|---|---|---|---|---|---|
| Collections | $ | - | Collections | $ | - |
| Less Price Protection, Returns and Credits | | - | Less Price Protection, Returns and Credits | | (20,088.46) |
| Net Collections | | - | Net Collections | | (20,088.46) |

| Alternate Collections (1/2 OWP) | | | Alternate Collections (1/2 OWP) | | |
|---|---|---|---|---|---|
| Collections | $ | - | Collections | $ | - |
| Less Price Protection, Returns and Credits | | - | Less Price Protection, Returns and Credits | | - |
| Net Collections | | - | Net Collections | | - |

| Below Cost Collections/No Royalty Due | $ | - | Below Cost Collections/No Royalty Due | $ | - |
|---|---|---|---|---|---|

| Return Reserve Calculation | | | | | |
|---|---|---|---|---|---|
| Return Reserve QE 6/2009 | $ | - | Regular Royalty @ 8% of net collections | $ | (1,607.08) |
| Return Reserve QE 3/2009 | | 9,583.16 | Alternate Royalty @ 4% of net collections (1/2 OWP) | | - |
| Return Reserve QE 12/2008 | | - | Allowances @ 10% | | (27.17) |
| Return Reserve Released | | - | | | |
| Net Return Reserve | $ | 9,583.16 | Royalty for Quarter | $ | (1,634.25) |
| | | | Less: Reserve for Returns (20%) | | - |
| | | | Plus Return Reserve Released | | - |

| Allowances | | | | | |
|---|---|---|---|---|---|
| Cum Allowances as of 6/2009 | $ | 5,917.79 | Less Royalty Advance Carried Forward | | - |
| Allowance Adjustment Taken QE 12/2008 | | (47,694.20) | Plus Game Party & Cruis'n Cross-Collateralized with Game Party | | 1,634.25 |
| Allowance Adjustment Returned QE 3/2009 | | 5,709.90 | Royalty Due | $ | 0.00 |
| Allowance Adjustment Returned QE 3/2009 | | 36,338.22 | | | |
| Allowance Adjustment Returned QE 6/2009 | | (271.71) | | | |
| | $ | - | | | |

Jeanette Sanchez
Royalty Manager



August 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** June 30, 2009
**Format** GC2
**Game Title** Game Party 2

| **DOMESTIC SALES - 19204** | |
|---|---:|
| Unit Sales | |
| Less cumulative returns | 110,573 |
| Previously reported sales | (631) |
| Cumulative Unit Sales | 656,815 |
| | 766,757 |
| Total units received | (769,200) |
| Total adjustments to Inventory | 2,377 |
| Unsold Units | (66) |
| | |
| Unit Collections | 77,396 |
| Previously reported units | 454,637 |
| Cumulative Unit Collections | 532,033 |

| **Regular Collections** | |
|---|---:|
| Collections | $ 1,720,773.22 |
| Less Price Protection, Returns and Credits | (136,317.44) |
| Net Collections | 1,584,455.78 |

| **Alternate Collections (1/2 OWP)** | |
|---|---:|
| Collections | $ - |
| Less Price Protection, Returns and Credits | - |
| Net Collections | - |

| **Below Cost Collections/No Royalty Due** | $ - |
|---|---:|

| **Return Reserve Calculation** | |
|---|---:|
| Return Reserve QE 6/2009 | $ 58,936.81 |
| Return Reserve QE 3/2009 | 178,611.75 |
| Return Reserve QE 12/2008 | 124,684.23 |
| Return Reserve Released | - |
| Net Return Reserve | $ 362,232.79 |

| **Allowances** | |
|---|---:|
| Cum Allowances as of 6/2009 | $ 217,551.21 |
| Allowance Adjustment Taken QE 12/2008 | (1,031,158.46) |
| Allowance Adjustment Returned QE 2/2009 | 735,952.24 |
| Allowance Adjustment Returned QE 3/2009 | (89,070.58) |
| Allowance Adjustment Returned QE 6/2009 | 166,725.59 |
| | $ - |

| **INTERNATIONAL SALES -** 15053 15054 15055 15056 15057 15058 15059 | |
|---|---:|
| Unit Sales | 28,782 |
| Less cumulative returns | (37,430) |
| Previously reported sales | 375,758 |
| Cumulative Unit Sales | 367,110 |
| | |
| Unit Collections | 34,976 |
| Previously reported units | 263,776 |
| Cumulative Unit Collections | 298,752 |

| **Regular Collections** | |
|---|---:|
| Collections | $ 476,918.48 |
| Less Price Protection, Returns and Credits | (102,167.08) |
| Net Collections | 374,751.40 |

| **Alternate Collections (1/2 OWP)** | |
|---|---:|
| Collections | $ - |
| Less Price Protection, Returns and Credits | - |
| Net Collections | - |

| **Below Cost Collections/No Royalty Due** | $ (12.69) |
|---|---:|

| | |
|---|---:|
| Regular Royalty @ 14.19% of net collections | $ 278,011.50 |
| Alternate Royalty @ 7.1% of net collections (1/2 OWP) | - |
| Allowances @ 10% | 16,672.56 |
| Royalty for Quarter | $ 294,684.06 |
| Less: Reserve for Returns (20%) | (58,936.81) |
| Plus Return Reserve Released | - |
| Less Royalty Advance Carried Forward | - |
| Royalty Due | $ 235,747.25 |

Jeanette Sanchez
Royalty Manager



November 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** August 19, 2009
**Format** GC2
**Game Title** Game Party

| **DOMESTIC SALES - 19189** | | **INTERNATIONAL SALES - 15037 15038 15039 15040 15041** | |
|---|---:|---|---:|
| Unit Sales | 16,859 | Unit Sales | 6,937 |
| Less cumulative returns | (1,746) | Less cumulative returns | (5,999) |
| Previously reported sales | 1,932,918 | Previously reported sales | 629,460 |
| Cumulative Unit Sales | 1,948,031 | Cumulative Unit Sales | 630,398 |
| Total units received | (1,967,080) | | |
| Total adjustments to Inventory | 19,049 | Unit Collections | 27,746 |
| Unsold Units | - | Previously reported units | 545,512 |
| | | Cumulative Unit Collections | 573,258 |
| Unit Collections | 4,179 | | |
| Previously reported units | 1,716,404 | | |
| Cumulative Unit Collections | 1,720,583 | | |

| **Regular Collections** | | | **Regular Collections** | | |
|---|---|---:|---|---|---:|
| Collections | $ | 57,309.72 | Collections | $ | 269,040.96 |
| Less Price Protection, Returns and Credits | | (25,591.01) | Less Price Protection, Returns and Credits | | (48,366.27) |
| Net Collections | | 31,718.71 | Net Collections | | 220,674.69 |

| **Alternate Collections (1/2 OWP)** | | | **Alternate Collections (1/2 OWP)** | | |
|---|---|---:|---|---|---:|
| Collections | $ | - | Collections | $ | - |
| Less Price Protection, Returns and Credits | | - | Less Price Protection, Returns and Credits | | - |
| Net Collections | | - | Net Collections | | - |

| **Below Cost Collections/No Royalty Due** | $ | - | **Below Cost Collections/No Royalty Due** | $ | - |
|---|---|---|---|---|---|

| **Return Reserve Calculation** | | | | | |
|---|---|---:|---|---|---:|
| Return Reserve QE 9/2009 | $ | 8,556.37 | Regular Royalty @ 16% of net collections | $ | 40,382.94 |
| Return Reserve QE 6/2009 | | 69,312.05 | Alternate Royalty @ 8% of net collections (1/2 OWP) | | - |
| Return Reserve QE 3/2009 (Pre-Petition) | | 70,585.84 | Allowances @ 10% | | 2,398.90 |
| Return Reserve QE 3/2009 (Post-Petition) | | 45,254.95 | | | |
| Return Reserve QE 12/2008 | | 202,172.14 | Royalty for Quarter | $ | 42,781.84 |
| Return Reserve Released | | (45,254.95) | Less: Reserve for Returns (20%) | | (8,556.37) |
| Net Return Reserve | $ | 350,626.40 | Plus Return Reserve Released | | 45,254.95 |

| **Allowances** | | | | | |
|---|---|---:|---|---|---:|
| Cum Allowances as of 9/2009 | $ | 212,540.54 | Less Royalty Advance Carried Forward | | - |
| Allowance Adjustment Taken QE 12/2007 | | (79,074.84) | Royalty Due | $ | 79,480.42 |
| Allowance Adjustment Taken QE 3/2008 | | (752,180.76) | | | |
| Allowance Adjustment Taken QE 6/2008 | | (1,261.24) | | | |
| Allowance Adjustment Taken QE 9/2008 | | (103,607.52) | | | |
| Allowance Adjustment Returned QE 12/2008 | | 395,580.26 | | | |
| Allowance Adjustment Returned QE 2/2009 | | 120,532.55 | | | |
| Allowance Adjustment Returned QE 3/2009 | | 7,043.51 | | | |
| Allowance Adjustment Returned QE 6/2009 | | 176,438.55 | | | |
| Allowance Adjustment Returned QE 9/2009 | | 23,988.95 | | | |
| | $ | - | | | |

Jeanette Sanchez
Royalty Manager



November 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** August 19, 2009
**Format** GC2 (2)
**Game Title** Game Party

| | | | | |
|---|---|---|---|---|
| **DOMESTIC SALES - 19195** | | | **INTERNATIONAL SALES -** | |
| Unit Sales | - | | Unit Sales | - |
| Less cumulative returns | (7) | | Less cumulative returns | - |
| Previously reported sales | 59,293 | | Previously reported sales | - |
| Cumulative Unit Sales | 59,286 | | Cumulative Unit Sales | - |
| Total units received | (59,300) | | | |
| Total adjustments to Inventory | 14 | | Unit Collections | - |
| Unsold Units | - | | Previously reported units | - |
| | | | Cumulative Unit Collections | - |
| Unit Collections | - | | | |
| Previously reported units | 53,684 | | | |
| Cumulative Unit Collections | 53,684 | | | |

| | | | | |
|---|---|---|---|---|
| **Regular Collections** | | | **Regular Collections** | |
| Collections | $ - | | Collections | $ - |
| Less Price Protection, Returns and Credits | - | | Less Price Protection, Returns and Credits | - |
| Net Collections | - | | Net Collections | - |
| **Alternate Collections (1/2 OWP)** | | | **Alternate Collections (1/2 OWP)** | |
| Collections | $ - | | Collections | $ - |
| Less Price Protection, Returns and Credits | - | | Less Price Protection, Returns and Credits | - |
| Net Collections | - | | Net Collections | - |
| **Below Cost Collections/No Royalty Due** | $ - | | **Below Cost Collections/No Royalty Due** | $ - |

| | | | | |
|---|---|---|---|---|
| **Return Reserve Calculation** | | | Regular Royalty @ 16% of net collections | $ - |
| Return Reserve QE 9/2009 | $ - | | Alternate Royalty @ 8% of net collections (1/2 OWP) | - |
| Return Reserve QE 6/2009 | - | | Allowances @ 10% | - |
| Return Reserve QE 3/2009 (Pre-Petition) | 46.84 | | | |
| Return Reserve QE 3/2009 (Post-Petition) | 2,538.32 | | Royalty for Quarter | $ - |
| Return Reserve QE 12/2008 | 2,784.87 | | Less: Reserve for Returns (20%) | - |
| Return Reserve Released | (2,538.32) | | Plus Return Reserve Released | 2,538.32 |
| Net Return Reserve | $ 2,831.71 | | | |
| | | | Less Royalty Advance Carried Forward | - |
| | | | Royalty Due | $ 2,538.32 |

| | |
|---|---|
| **Allowances** | |
| Cum Allowances as of 9/2009 | $ - |
| Allowance Adjustment Taken QE 12/2007 | (3,323.01) |
| Allowance Adjustment Taken QE 3/2008 | (1,564.59) |
| Allowance Adjustment Taken QE 6/2008 | (5,637.27) |
| Allowance Adjustment Returned QE 9/2008 | 3,940.34 |
| Allowance Adjustment Returned QE 12/2008 | 5,735.69 |
| Allowance Adjustment Returned QE 2/2009 | 848.84 |
| Allowance Adjustment Taken QE 3/2009 | - |
| Allowance Adjustment Taken QE 6/2009 | - |
| Allowance Adjustment Taken QE 9/2009 | - |
| | $ - |

Jeanette Sanchez
Royalty Manager



November 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** August 19, 2009
**Format** GC2
**Game Title** Game Party & Cruis'n

| DOMESTIC SALES - 90111 | | |
|---|---|---|
| Unit Sales | | - |
| Less cumulative returns | | (1) |
| Previously reported sales | | 25,000 |
| Cumulative Unit Sales | | 24,999 |
| Total units received | | (25,008) |
| Total adjustments to Inventory | | 9 |
| Unsold Units | | - |
| Unit Collections | | - |
| Previously reported units | | 24,999 |
| Cumulative Unit Collections | | 24,999 |

| Regular Collections | | |
|---|---|---|
| Collections | $ | - |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | - |

| Alternate Collections (1/2 OWP) | | |
|---|---|---|
| Collections | $ | - |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | - |

**Below Cost Collections/No Royalty Due** $ -

| Return Reserve Calculation | | |
|---|---|---|
| Return Reserve QE 9/2009 | $ | 96.08 |
| Return Reserve QE 6/2009 | | - |
| Return Reserve QE 3/2009 (Pre-Petition) | | 9,361.26 |
| Return Reserve QE 3/2009 (Post-Petition) | | 221.90 |
| Return Reserve Released | | (221.90) |
| Net Return Reserve | $ | 9,457.34 |

| Allowances | | |
|---|---|---|
| Cum Allowances as of 9/2009 | $ | 2,702.50 |
| Allowance Adjustment Taken QE 12/2008 | | (47,694.20) |
| Allowance Adjustment Returned QE 3/2009 | | 5,709.90 |
| Allowance Adjustment Returned QE 3/2009 | | 36,338.22 |
| Allowance Adjustment Returned QE 6/2009 | | (271.71) |
| Allowance Adjustment Returned QE 9/2009 | | 3,215.29 |
| | $ | - |

| INTERNATIONAL SALES - 15060 | | |
|---|---|---|
| Unit Sales | | 25 |
| Less cumulative returns | | (197) |
| Previously reported sales | | 2,746 |
| Cumulative Unit Sales | | 2,574 |
| Unit Collections | | 70 |
| Previously reported units | | - |
| Cumulative Unit Collections | | 70 |

| Regular Collections | | |
|---|---|---|
| Collections | $ | 1,985.99 |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | 1,985.99 |

| Alternate Collections (1/2 OWP) | | |
|---|---|---|
| Collections | $ | - |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | - |

**Below Cost Collections/No Royalty Due** $ -

| | | |
|---|---|---|
| Regular Royalty @ 8% of net collections | $ | 158.88 |
| Alternate Royalty @ 4% of net collections (1/2 OWP) | | - |
| Allowances @ 10% | | 321.53 |
| Royalty for Quarter | $ | 480.41 |
| Less: Reserve for Returns (20%) | | (96.08) |
| Plus Return Reserve Released | | 221.90 |
| Less Royalty Advance Carried Forward | | - |
| Royalty Due | $ | 606.23 |

Jeanette Sanchez
Royalty Manager



November 14, 2009

Farsight Technologies, Inc.
PO Box 2895
Big Bear Lake, CA 92315-2895

## ROYALTY STATEMENT

**Period Ending** August 19, 2009
**Format** GC2
**Game Title** Game Party 2

| DOMESTIC SALES - 19204 | | |
|---|---:|---:|
| Unit Sales | | 1,065 |
| Less cumulative returns | | (641) |
| Previously reported sales | | 767,388 |
| Cumulative Unit Sales | | 767,812 |
| Total units received | | (769,200) |
| Total adjustments to Inventory | | 1,388 |
| Unsold Units | | - |
| | | |
| Unit Collections | | 302 |
| Previously reported units | | 532,033 |
| Cumulative Unit Collections | | 532,335 |
| **Regular Collections** | | |
| Collections | $ | 6,971.76 |
| Less Price Protection, Returns and Credits | | (5,927.70) |
| Net Collections | | 1,044.06 |
| **Alternate Collections (1/2 OWP)** | | |
| Collections | $ | - |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | - |
| **Below Cost Collections/No Royalty Due** | $ | - |
| **Return Reserve Calculation** | | |
| Return Reserve QE 9/2009 | $ | 1,883.17 |
| Return Reserve QE 6/2009 | | 58,936.81 |
| Return Reserve QE 3/2009 (Pre-Petition) | | 130,694.58 |
| Return Reserve QE 3/2009 (Post-Petition) | | 47,917.17 |
| Return Reserve QE 12/2008 | | 124,684.23 |
| Return Reserve Released | | (47,917.17) |
| Net Return Reserve | $ | 316,198.79 |
| **Allowances** | | |
| Cum Allowances as of 9/2009 | $ | 312,667.53 |
| Allowance Adjustment Taken QE 12/2008 | | (1,031,158.46) |
| Allowance Adjustment Returned QE 2/2009 | | 735,952.24 |
| Allowance Adjustment Returned QE 3/2009 | | (89,070.58) |
| Allowance Adjustment Returned QE 6/2009 | | 166,725.59 |
| Allowance Adjustment Returned QE 9/2009 | | (95,116.32) |
| | $ | - |

| INTERNATIONAL SALES - 15053 15054 15055 15056 15057 15058 15059 | | |
|---|---:|---:|
| Unit Sales | | 30,839 |
| Less cumulative returns | | (39,018) |
| Previously reported sales | | 404,540 |
| Cumulative Unit Sales | | 396,361 |
| | | |
| Unit Collections | | 7,881 |
| Previously reported units | | 298,752 |
| Cumulative Unit Collections | | 306,633 |
| **Regular Collections** | | |
| Collections | $ | 137,773.88 |
| Less Price Protection, Returns and Credits | | (20,521.16) |
| Net Collections | | 117,252.72 |
| **Alternate Collections (1/2 OWP)** | | |
| Collections | $ | - |
| Less Price Protection, Returns and Credits | | - |
| Net Collections | | - |
| **Below Cost Collections/No Royalty Due** | $ | - |
| Regular Royalty @ 16% of net collections | $ | 18,927.48 |
| Alternate Royalty @ 8% of net collections (1/2 OWP) | | - |
| Allowances @ 10% | | (9,511.63) |
| Royalty for Quarter | $ | 9,415.85 |
| Less: Reserve for Returns (20%) | | (1,883.17) |
| Plus Return Reserve Released | | 47,917.17 |
| Less Royalty Advance Carried Forward | | - |
| Royalty Due | $ | 55,449.85 |

Jeanette Sanchez
Royalty Manager