# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MIDWAY GAMES, INC., *et al.*,[1] | ) Case No. 09-10465 (KG) <br> ) (Jointly Administered) |
| Debtors. | ) Re: Dkt. No. 1231 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE : <br>
: SS. <br>
NEW CASTLE COUNTY :

Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of November, 2010 she caused copies of the following to be served upon the parties on the attached service list in the manner indicated:

- **Certification of Counsel Regarding Revised Proposed Form of Order for Midway Liquidating Trust's Motion to Approve Settlement Agreement with Warner Bros. Entertainment Inc., Et Al. [Dkt. No. 1231]**

Marisa DeCarli, Paralegal <br>
RICHARDS, LAYTON & FINGER, P.A. <br>
One Rodney Square <br>
920 North King Street <br>
Wilmington, DE 19801 <br>
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 10th day of November, 2010.

Notary Public

LESLEY A. MORRIS <br>
Notary Public - State of Delaware <br>
My Comm. Expires April 17, 2011

---

[1] The Debtors are: Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios - Austin Inc., Midway Studios - Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

RLF1 3627506v. 1

# Service List

## Via First Class Mail

WARNER BROS. ENTERTAINMENT INC.
WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

FARSIGHT TECHNOLOGIES, INC.
ATTN: JAY PHILLIP OBERNOLTE
611 SPRUCE RD.
BIG BEAR LAKE, CA 92315

LAUNDAU & BERGER LLP
JON. L.R. DALBERG
COUSNEL FOR WARNER BROTHERS ENTERTAINMENT, INC.
1801 CENTURY PARK EAST - SUITE 1460
LOS ANGELES, CA 90067