# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIDWAY GAMES, INC. *et al.,*<br><br>                              Debtors | Chapter 11<br><br>Case No. 09-10465 (KG)<br><br>(Jointly Administered) |
| BUCHWALD CAPITAL ADVISORS LLC, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF MIDWAY GAMES, INC., *et al.*,<br><br>                              Plaintiff,<br>    v. | |
| AUTODESK CANADA CO.,<br>AT&T MOBILITY LLC,<br>CAMPOS PHOTOGRAPHY, INC.,<br>CHO HIGHWATER GROUP, LLC,<br>CTS TAX SERVICE,<br>COMPASS MARKETING, INC.,<br>IMAGINE! PRINT SOLUTIONS INC.,<br>JANSCO MARKETING, INC.,<br>MICROSOFT CORP. ET AL.,<br>PACIFIC BEACH DIGITAL LLC,<br>PHILLIPS SALES,<br>RESIDENCE INN CHICAGO,<br>SELIG HOLDINGS COMPANY LLC,<br>TECHNICOLOR VIDEO SERVICES,<br>THE CLEMENT GROUP LLC,<br>TREVCO INC.,<br>VIRTUOUS HOLDING & INDUSTRIES CO., LTD.,<br>WILLIS OF ILLINOIS, INC.,<br>AVAYA, INC.,<br>BACKBONE ENTERTAINMENT, INC.,<br>CORPORATE EXECUTIVE BOARD, INC.,<br>DG ENTERPRISES, INC.,<br>DIGITAL ARTS MANAGEMENT, INC.,<br>CLEAR TECHNOLOGIES, INC.,<br>FUZE DIGITAL SOLUTIONS, INC.,<br>GARVEY'S OFFICE SUPPLIES, INC.,<br>VISION SERVICE PLAN, INC.,<br>HANKYU INT'L TRANSPORT, INC.,<br>KEVIN LYNCH, INC.,<br>ORACLE FINANCING, | Adv. Pro. Nos.<br><br>10-52997<br>10-56218<br>10-56221<br>10-56223<br>10-56226<br>10-56228<br>10-56234<br>10-56235<br>11-50003<br>11-50007<br>11-50012<br>11-50014<br>11-50015<br>11-50024<br>11-50025<br>11-50027<br>11-50029<br>11-50032<br>11-50339<br>11-50340<br>11-50349<br>11-50350<br>11-50351<br>11-50352<br>11-50356<br>11-50357<br>11-50360<br>11-50361<br>11-50371<br>11-05373<br>11-50374<br>11-50378<br>11-50382 |

| | |
|---|---|
| PAUL EIBLER,<br>RESIDENCE INN, INC.,<br>SUNGARD AVAILABILITY SERVICES, INC.,<br>ALLIED BARTON SECURITY SERVICES INC.,<br>PROLOGIS,<br>CYBER NEXUS LIMITED,<br>DIAMOND COMIC DISTRIBUTORS, INC.,<br>DIAMOND PARKING, INC.,<br>HAMMER CREATIVE ADVERTISING, INC.,<br>HIGLEY & COMPANY LLC,<br>IRON MOUNTAIN,<br>PEAKE MARKETING,<br>WILLIAMS ELECTRONICS GAMES INC.,<br><br>         Defendants. | 11-50488<br>11-50489<br>11-50578<br>11-50581<br>11-50582<br>11-50583<br>11-50584<br>11-50586<br>11-50587<br>11-50604 |

## STATUS REPORT IN AVOIDANCE ADVERSARY PROCEEDINGS

Plaintiff Buchwald Capital Advisors LLC (the "**Liquidating Trustee**") for the liquidating trust (the "**Liquidating Trust**") of Midway Games, Inc., *et al.* (collectively, the "**Debtors**"),[1] by and through its special counsel, Neiger LLP and Stevens & Lee, P.C., hereby submits the following status report in the following adversary proceedings:

**Status A:**   None

**Status B:**   **Defendants' Deadline To Answer or Otherwise Respond Extended To June 30, 2011, While Parties Are Engaged In Settlement Discussions**

 1. Autodesk Canada Co.; Adv. Pro. No. 10-52997

 2. Campos Photography, Inc.; Adv. Pro. No. 10-56221

 3. CHO Highwater Group, LLC; Adv. Pro. No. 10-56223

 4. CTS Tax Service; Adv. Pro. No. 10-56226

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Midway Games Inc., a Delaware corporation (6244); Midway Home Entertainment Inc., a Delaware corporation (3621); Midway Amusement Games, LLC, a Delaware limited liability company (4179); Midway Interactive Inc., a Delaware corporation (6756); Surreal Software Inc., a Washington corporation (1785); Midway Studios – Austin Inc., a Texas corporation (2584); Midway Studios – Los Angeles Inc., a California corporation (1153); Midway Games West Inc., a California corporation (8756); Midway Home Studios Inc., a Delaware corporation (8429); and Midway Sales Company, LLC, a Delaware limited liability company. The Debtors are comprised of Midway Games Inc. and its United States based subsidiaries.

5. Compass Marketing, Inc.; Adv. Pro. No. 10-56228

6. Jansco Marketing, Inc.; Adv. Pro. No. 10-56235

7. Microsoft Corp., et al.; Adv. Pro. No. 11-50003

8. Pacific Beach Digital LLC; Adv. Pro. No. 11-50007

9. Phillips Sales; Adv. Pro. No. 11-50012

10. Selig Holdings Company LLC; Adv. Pro. No. 11-50015

11. Technicolor Video Services; Adv. Pro. No. 11-50024

12. Trevco Inc.; Adv. Pro. No. 11-50027

13. Virtuous Holding & Industries Co., Ltd.; Adv. Pro. No. 11-50029

14. Willis of Illinois, Inc.; Adv. Pro. No. 11-50032

15. Avaya, Inc.; Adv. Pro. No. 11-50339

16. Backbone Entertainment, Inc.; Adv. Pro. No. 11-50340

17. DG Enterprises, Inc.; Adv. Pro. No. 11-50350

18. Fuze Digital Solutions, Inc.; Adv. Pro. No. 11-50356

19. Garvey's Office Supplies, Inc.; Adv. Pro. No. 11-50357

20. Vision Service Plan, Inc.; Adv. Pro. No. 11-50360

21. Hankyu Int'l Transport, Inc.; Adv. Pro. No. 11-50361

22. Oracle Financing; Adv. Pro. No. 11-50373

23. Paul Eibler; Adv. Pro. No. 11-50374

24. Residence Inn, Inc.; Adv. Pro. No. 11-50378

25. Sungard Availability Services, Inc.; Adv. Pro. No. 11-50382

26. Prologis; Adv. Pro. No. 11-50489

27. Cyber Nexus Limited; Adv. Pro. No. 11-50578

28. Diamond Comic Distributors, Inc.; Adv. Pro. No. 11-50581

29. Diamond Parking, Inc.; Adv. Pro. No. 11-50582

30. Higley & Company LLC; Adv. Pro. No. 11-50584

31. Iron Mountain; Adv. Pro. No. 11-50586

32. Williams Electronics Games Inc.; Adv. Pro. No. 11-50587

**Status C:**     **None**

**Status D :**     **None**

**Status E:**     **Settled / Notices Of Dismissal To Be Filed Within Fifteen (15) Days**

1. AT&T Mobility LLC; Adv. Pro. No. 10-56218

2. The Clement Group LLC; Adv. Pro. No. 11-50025

3. Corporate Executive Board, Inc.; Adv. Pro. No. 11-50349

4. Digital Arts Management, Inc.; Adv. Pro. No. 11-50351

5. Clear Technologies, Inc.; Adv. Pro. No. 11-50352

6. Kevin Lynch, Inc.; Adv. Pro. No. 11-50371

7. Allied Barton Security Services Inc.; Adv. Pro. No. 11-50488

8. Hammer Creative Advertising, Inc.; Adv. Pro. No. 11-50583

9. Peake Marketing; Adv. Pro. No. 11-50587

10. Residence Inn Chicago; Adv. Pro. No. 11-50014

**Status F:**

1. Imagine! Print Solutions Inc.; Adv. Pro. No. 10-56234

**Status G:**     **None**

**Status H:**     **None**

**Status I:**     **None**

**Status J:**     **None**

**Status K:**     **None**

Dated: Wilmington, Delaware
June 2, 2011

Respectfully submitted,

**NEIGER LLP**
Edward E. Neiger, Esq.
Jonathan S. Bodner, Esq.
317 Madison Ave., 21st Floor
New York, NY 10017
(T) (212) 267-7342 – Ext. 362
(F) (212) 918-3427

-and-

**STEVENS & LEE, P.C.**

By: /s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 N. Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3308
E-mail: jdd@stevenslee.com

*Special Counsel to Buchwald Capital Advisors LLC, as Liquidating Trustee for the Liquidating Trust of Midway Games Inc., et al.*