**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Midway Liquidating Trust          Bank: JPMorganChase

Bankruptcy Number: 09-10465 (KG)          Account Number: 1123

Date of Confirmation: 06/11/10          Account Type: Money Market

Reporting Period (month/year): 09/11

Beginning Cash Balance: 1,806,677.08

All receipts received by the debtor:

Cash Sales:

Proceeds from Debtor Corpus:

Collection of Accounts Receivable/Refunds:

Proceeds from Litigation (settlement or otherwise):

Interest Income          225.88

Transfer of Funds

Total of cash received: 225.88

Total of cash available: 1,806,902.96

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:

All other disbursements made in the ordinary
course:
Transfers          0.00
Total Disbursements          0.00

Ending Cash Balance          1,806,902.96

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of
my knowledge and belief.

Date:          Name/Title: _____ /President
          on behalf of Buchwald Capital Advisors LLC
Debtor:          Midway Liquidating Trust          Liquidating Trustee          Lee E. Buchwald

## MIDWAY LIQUIDATING TRUST
## SUMMARY OF CASH ACCOUNTS
## POST CONFIRMATION REPORTS
## FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| BANK ACCOUNT | OPENING BALANCE | RECEIPTS | DISBURSEMENTS | ENDING BALANCE |
|---|---|---|---|---|
| Money Market (Main) 1123 | 1,806,677.08 | 225.88 | - | 1,806,902.96 |
| Money Market (Expense) 1107 | 938,954.22 | 111.07 | 142,475.82 | 796,589.47 |
| Money Market (Employee) 1115 | - | - | - | |
| Money Market (Disputed) 1131 | 2,211,759.31 | 333.71 | - | 2,212,093.02 |
| Money Market (Unsecured) 1099 | - | - | - | |
| Checking (Operating) 1081 | 5,000.72 | 157,263.55 | 162,264.27 | - |
| Checking (Payroll) 1370 | 4,632.01 | - | 470.95 | 4,161.06 |
| | | | | |
| Sub-Totals | 4,967,023.34 | 157,934.21 | 305,211.04 | 4,819,746.51 |
| Less Inter-Account Transfers | | 142,475.82 | 142,475.82 | - |
| Totals | 4,967,023.34 | 15,458.39 | 162,735.22 | 4,819,746.51 |

## Buchwald Capital Advisors LLC
### Reconciliation Report
**Money Market (Main), Period Ending 09/30/2011**

Reconciled on: 10/13/2011 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Shari Hartstein

## Summary

| | |
|---|---|
| Statement Beginning Balance | 1806677.08 |
| Cleared Checks and Payments | 0.00 |
| Cleared Deposits and Other Credits | +225.88 |
| Statement Ending Balance | 1806902.96 |
| Register Balance as of 09/30/2011 | 1806902.96 |

## Details

Cleared Deposits and Other Credits

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/29/2011 | Deposit | | | 85.92 |
| 08/31/2011 | Deposit | | | 80.88 |
| 09/30/2011 | Deposit | | | 59.08 |
| Total | | | | 225.88 |

DUPLICATE

**JPMorganChase** ⬤

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 01, 2011 -
July 29, 2011

**Page 1 of 2**

**Account Number**

1123



00008773 CEN 802 3J 21111 - NNN T 1  000000000  C1

MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $1,806,677.08 |
| Deposits and Credits | 1 | $85.92 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$1,806,763.00** |

| | | | |
|---|---|---|---|
| Average Ledger Balance | $1,806,680.00 | | |
| Interest Credited this period | $85.92 | Interest Credited Year to Date | $546.53 |
| Interest Rate(s): | 07/01 to 07/29 at 0.06% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/29 | INTEREST PAYMENT | $85.92 |
| **Total** | | **$85.92** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/29 | $1,806,763.00 | | |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT

# JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

**JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

**Account Number**
[           ]1123

00008438 CEN 802 3J 24411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



## JPMorgan Premier MMDA

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $1,806,763.00 |
| Deposits and Credits | 1 | $80.88 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$1,806,843.88** |

| | | | |
|---|---|---|---|
| Average Ledger Balance | $1,806,765.00 | | |
| Interest Credited this period | $80.88 | Interest Credited Year to Date | $627.41 |
| Interest Rate(s): | 07/30 to 08/14 at 0.06% | | |
| | 08/15 to 08/31 at 0.04% | | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/31 | INTEREST PAYMENT | $80.88 |
| **Total** | | **$80.88** |

### Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/31 | $1,806,843.88 | | |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.


MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT

# JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

September 01, 2011 -
September 30, 2011

**Page 1 of 2**

**Account Number**
[              ]1123

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00008361 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052



## JPMorgan Premier MMDA

## Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $1,806,843.88 |
| Deposits and Credits | 1 | $59.08 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** |  | **$1,806,902.96** |

| Average Ledger Balance | $1,806,845.00 | | |
|---|---|---|---|
| Interest Credited this period | $59.08 | Interest Credited Year to Date | $686.49 |
| Interest Rate(s): | 09/01 to 09/30 at 0.04% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/30 | INTEREST PAYMENT | $59.08 |
| **Total** |  | **$59.08** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/30 | $1,806,902.96 |  |  |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.


**JPMorganChase**

MIDWAY LIQUIDATING TRUST
MAIN ACCOUNT

## JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Midway Liquidating Trust          Bank: JPMorganChase

Bankruptcy Number: 09-10465 (KG)                 Account Number: 1107

Date of Confirmation: 06/11/10                   Account Type: Money Market

Reporting Period (month/year): 09/11

Beginning Cash Balance:                                          938,954.22

All receipts received by the debtor:

Cash Sales:

Proceeds from Debtor Corpus:

Collection of Accounts Receivable/Refunds:

Proceeds from Litigation (settlement or otherwise):

Interest Income                                  111.07

Transfer of Funds

Total of cash received:                                          111.07

Total of cash available:                                         939,065.29

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
  claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of
  bankruptcy professionals:

All other disbursements made in the ordinary
  course:
Transfers                                                        142,475.82
Total Disbursements                                              142,475.82

Ending Cash Balance                                              796,589.47

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:                                            Name/Title: _____ President

                                                 on behalf of Buchwald Capital Advisors LLC
Debtor:          Midway Liquidating Trust        Liquidating Trustee          Lee E. Buchwald

### TRANSFERS

| Date | Type | Description | Amount |
|---|---|---|---|
| 8/1/2011 | EFT | Transfer to Acct # 1081 | 60,521.89 |
| 8/30/2011 | EFT | Transfer to Acct # 1081 | 30,000.00 |
| 8/31/2011 | EFT | Transfer to Acct # 1081 | 20,000.00 |
| 9/28/2011 | EFT | Transfer to Acct # 1081 | 31,953.93 |
| | | Total Transfers | 142,475.82 |
| | | Total Disbursements | 142,475.82 |

**Buchwald Capital Advisors LLC**
**Reconciliation Report**
**Money Market (Expense), Period Ending 09/30/2011**

Reconciled on: 10/13/2011 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Shari Hartstein

## Summary

| | |
|---|---|
| Statement Beginning Balance | 938954.22 |
| Cleared Checks and Payments | -142475.82 |
| Cleared Deposits and Other Credits | +111.07 |
| Statement Ending Balance | 796589.47 |
| Register Balance as of 09/30/2011 | 796589.47 |

## Details

Cleared Checks and Payments

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/01/2011 | Deposit | | | -60521.89 |
| 08/30/2011 | Deposit | | | -30000.00 |
| 08/31/2011 | Deposit | | | -20000.00 |
| 09/28/2011 | Transfer | | | -31953.93 |
| Total | | | | -142475.82 |

Cleared Deposits and Other Credits

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/29/2011 | Deposit | | | 44.65 |
| 08/31/2011 | Deposit | | | 39.44 |
| 09/30/2011 | Deposit | | | 26.98 |
| Total | | | | 111.07 |

DUPLICATE

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00008771 CEN 802 3J 21111 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052



## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $938,954.22 |
| Deposits and Credits | 1 | $44.65 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$938,998.87** |

| | | | |
|---|---|---|---|
| Average Ledger Balance | $938,955.00 | | |
| Interest Credited this period | $44.65 | Interest Credited Year to Date | $391.00 |
| Interest Rate(s): | 07/01 to 07/29 at 0.06% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/29 | INTEREST PAYMENT | $44.65 |
| **Total** | | **$44.65** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/29 | $938,998.87 | | |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

 **JPMorganChase** ⬡

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT

# JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

# JPMorganChase ⬤

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 30, 2011 -
August 31, 2011

**Page 1 of 2**

**Account Number**

☐☐☐☐☐☐☐1107

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00008436 CEN 802 3J 24411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $938,998.87 |
| Deposits and Credits | 1 | $39.44 |
| Withdrawals and Debits | 3 | $110,521.89 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$828,516.42** |
| Average Ledger Balance | $879,721.00 | |
| Interest Credited this period | $39.44 | Interest Credited Year to Date | $430.44 |

Interest Rate(s):    07/30 to 08/14 at 0.06%
08/15 to 08/31 at 0.04%

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/31 | INTEREST PAYMENT | $39.44 |
| **Total** | | **$39.44** |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** 🏦

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT

## JPMorgan Premier MMDA
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/01 | Online Transfer to CHK XXXXX1081 transaction#: 2116266140 | $60,521.89 |
| 08/30 | Online Transfer to CHK XXXXX1081 transaction#: 2135391484 | $30,000.00 |
| 08/31 | Online Transfer to CHK XXXXX1081 transaction#: 2136306108 | $20,000.00 |
| **Total** | | **$110,521.89** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/01 | $878,476.98 | 08/31 | $828,516.42 |
| 08/30 | $848,476.98 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

**JPMorganChase** ⚙

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

September 01, 2011 -
September 30, 2011

**Page 1 of 2**

**Account Number**
[_____]1107

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00008359 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052



## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $828,516.42 |
| Deposits and Credits | 1 | $26.98 |
| Withdrawals and Debits | 1 | $31,953.93 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$796,589.47** |

| | | | |
|---|---|---|---|
| Average Ledger Balance | $825,321.00 | | |
| Interest Credited this period | $26.98 | Interest Credited Year to Date | $457.42 |
| Interest Rate(s): | 09/01 to 09/30 at 0.04% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/30 | INTEREST PAYMENT | $26.98 |
| **Total** | | **$26.98** |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



**JPMorganChase** ⬢

MIDWAY LIQUIDATING TRUST
EXPENSE ACCOUNT

## JPMorgan Premier MMDA
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/28 | Online Transfer to  CHK XXXXX1081 transaction#: 2155233510 | $31,953.93 |
| **Total** | | **$31,953.93** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/28 | $796,562.49 | 09/30 | $796,589.47 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Midway Liquidating Trust          Bank: JPMorganChase

Bankruptcy Number: 09-10465 (KG)          Account Number: 1115

Date of Confirmation: 06/11/10          Account Type: Money Market

Reporting Period (month/year): 09/11

Beginning Cash Balance:          0.00

All receipts received by the debtor:

  Cash Sales:

  Proceeds from Debtor Corpus:

  Collection of Accounts Receivable/Refunds:

  Proceeds from Litigation (settlement or otherwise):

  Interest Income

  Transfer of Funds

  Total of cash received:          0.00

Total of cash available:          0.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

  Disbursements made under the plan, excluding the administrative
  claims of bankruptcy professionals:

  Disbursements made pursuant to the administrative claims of
  bankruptcy professionals:

  All other disbursements made in the ordinary
  course:
  Transfers
  Total Disbursements          0.00

Ending Cash Balance          -

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:

Debtor:      Midway Liquidating Trust

Name/Title:
on behalf of Buchwald Capital Advisors LLC
Liquidating Trustee

*Lee E. Buchwald*
*President*

DUPLICATE

# JPMorganChase ○

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO  TX  78265-9754

July 01, 2011 -
July 29, 2011

**Page 1 of 1**

**Account Number**

[            ]1115

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00008772 CEN 802 3J 21111 - NNN T 1  000000000  C1

MIDWAY LIQUIDATING TRUST
EMPLOYEE CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## JPMorgan Premier MMDA

## Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** |  | **$.00** |

Interest Rate(s):      07/01 to 07/29 at 0.06%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

DUPLICATE

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 30, 2011 -
August 31, 2011

**Page 1 of 1**

<u>**Account Number**</u>
1115

IIIooIIuIIIIooIIuIIIuIIuIIIIuIIuIIIIuIIIIuIIooIII
00008437 CEN 802 3J 24411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
EMPLOYEE CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

Interest Rate(s):     07/30 to 08/14 at 0.06%
                      08/15 to 08/23 at 0.04%
                      08/24 to 08/31 at 0.01%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

DUPLICATE

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

00008360 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
EMPLOYEE CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

Interest Rate(s): 09/01 to 09/30 at 0.01%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:     Midway Liquidating Trust                Bank:            JPMorganChase

Bankruptcy Number:  09-10465 (KG)                    Account Number:              1131

Date of Confirmation:     06/11/10                  Account Type     Money Market

Reporting Period (month/year):          09/11

  Beginning Cash Balance:                                       2,211,759.31

All receipts received by the debtor:

  Cash Sales:

  Proceeds from Debtor Corpus:

  Collection of Accounts Receivable/Refunds:

  Proceeds from Litigation (settlement or otherwise):

  Interest Income                                              333.71

  Transfer of Funds

  Total of cash received:                                      333.71

Total of cash available:                                       2,212,093.02

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

  Disbursements made under the plan, excluding the administrative
  claims of bankruptcy professionals:                          0.00

  Disbursements made pursuant to the administrative claims of
  bankruptcy professionals:

  All other disbursements made in the ordinary
    course:
  Transfers
  Total Disbursements                                          0.00

Ending Cash Balance                                           2,212,093.02

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:

Debtor:          Midway Liquidating Trust

Name/Title:
on behalf of Buchwald Capital Advisors LLC
Liquidating Trustee

*Lee E. Buchwald*
*President*

### Buchwald Capital Advisors LLC
### Reconciliation Report
### Money Market (Disputed), Period Ending 09/30/2011

Reconciled on: 10/13/2011 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Shari Hartstein

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 2211759.31 |
| Cleared Checks and Payments | 0.00 |
| Cleared Deposits and Other Credits | +333.71 |
| Statement Ending Balance | 2212093.02 |
| Register Balance as of 09/30/2011 | 2212093.02 |

## Details

Cleared Deposits and Other Credits

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 07/29/2011 | Deposit | | | 105.19 |
| 08/31/2011 | Deposit | | | 119.70 |
| 09/30/2011 | Deposit | | | 108.82 |
| Total | | | | 333.71 |

DUPLICATE

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 01, 2011 -
July 29, 2011

**Page 1 of 2**

**Account Number**
[              ]1131

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00008775 CEN 802 3J 21111 - NNN T 1 000000000 C1

MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## JPMorgan Premier MMDA

## Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $2,211,759.31 |
| Deposits and Credits | 1 | $105.19 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** |  | **$2,211,864.50** |

| | | | |
|---|---|---|---|
| Average Ledger Balance | $2,211,762.00 | | |
| Interest Credited this period | $105.19 | Interest Credited Year to Date | $1,188.23 |
| Interest Rate(s): | 07/01 to 07/29 at 0.06% | | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/29 | INTEREST PAYMENT | $105.19 |
| **Total** | | **$105.19** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/29 | $2,211,864.50 | | |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.


MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE

## JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

# JPMorganChase ⬤

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00008440 CEN 802 3J 24411 - NNN T 1 000000000 C1

MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $2,211,864.50 |
| Deposits and Credits | 1 | $119.70 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$2,211,984.20** |
| Average Ledger Balance | $2,211,868.00 | |
| Interest Credited this period | $119.70 | Interest Credited Year to Date $1,307.93 |
| Interest Rate(s): | 07/30 to 08/31 at 0.06% | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/31 | INTEREST PAYMENT | $119.70 |
| **Total** | | **$119.70** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/31 | $2,211,984.20 | | |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** 

July 30, 2011 -
August 31, 2011

**Page 2 of 2**

**Account Number**
1131

MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE

**JPMorgan Premier MMDA**
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

# JPMorganChase 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

00008363 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## JPMorgan Premier MMDA

## Summary

|                          | Number | Amount          |
|--------------------------|--------|-----------------|
| Opening Ledger Balance   |        | $2,211,984.20   |
| Deposits and Credits     | 1      | $108.82         |
| Withdrawals and Debits   | 0      | $.00            |
| Checks Paid              | 0      | $.00            |
| **Ending Ledger Balance**|        | **$2,212,093.02** |

| Average Ledger Balance        | $2,211,987.00       |                                |           |
|-------------------------------|---------------------|--------------------------------|-----------|
| Interest Credited this period | $108.82             | Interest Credited Year to Date | $1,416.75 |
| Interest Rate(s):             | 09/01 to 09/30 at 0.06% |                            |           |

## Deposits and Credits

| Ledger Date | Description       | Amount   |
|-------------|-------------------|----------|
| 09/30       | INTEREST PAYMENT  | $108.82  |
| **Total**   |                   | **$108.82** |

## Daily Balance

| Date  | Ledger Balance   | Date | Ledger Balance |
|-------|------------------|------|----------------|
| 09/30 | $2,212,093.02    |      |                |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase**

MIDWAY DISPUTED CLAIMS RESERVE
MIDWAY DISPUTED CLAIMS RESERVE

## JPMorgan Premier MMDA
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Midway Liquidating Trust      Bank:      JPMorganChase

Bankruptcy Number: 09-10465 (KG)      Account Number: 1099

Date of Confirmation: 06/11/10      Account Type: Money Market

Reporting Period (month/year): 09/11

Beginning Cash Balance: 0.00

All receipts received by the debtor:

Cash Sales:

Proceeds from Debtor Corpus:

Collection of Accounts Receivable/Refunds:

Proceeds from Litigation (settlement or otherwise):

Interest Income

Transfer of Funds

Total of cash received: 0.00

Total of cash available: 0.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:

All other disbursements made in the ordinary
course:
Transfers
Total Disbursements 0.00

Ending Cash Balance -

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:

Debtor: Midway Liquidating Trust

Name/Title:
on behalf of Buchwald Capital Advisors LLC
Liquidating Trustee

*Lee E. Buchwald*
*President*

DUPLICATE

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO  TX  78265-9754

July 01, 2011 -
July 29, 2011

**Page 1 of 1**

<u>**Account Number**</u>

[          ]1099

---

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00008770 CEN 802 3J 21111 - NNN T 1  000000000  C1

MIDWAY LIQUIDATING TRUST
DISTRIBUTION \TO UNSECURED CREDITORS
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

# JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

Interest Rate(s):    07/01 to 07/29 at 0.06%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

DUPLICATE

**JPMorganChase** ⭘

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO  TX  78265-9754

**Account Number**

☐_____☐1099



00008435 CEN 802 3J 24411 - NNN T 1  000000000  C1

MIDWAY LIQUIDATING TRUST
DISTRIBUTION \TO UNSECURED CREDITORS
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

Interest Rate(s):   07/30 to 08/14 at 0.06%
                    08/15 to 08/23 at 0.04%
                    08/24 to 08/31 at 0.01%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

DUPLICATE

# JPMorganChase

**JPMORGAN CHASE BANK, N.A.**
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00008358 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
DISTRIBUTION \TO UNSECURED CREDITORS
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## JPMorgan Premier MMDA

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

Interest Rate(s):  09/01 to 09/30 at 0.01%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtor's Name: | Midway Liquidating Trust | Bank: | JPMorganChase |
| Bankruptcy Number: | 09-10465 (KG) | Account Number: | 1081 |
| Date of Confirmation: | 06/11/10 | Account Type | Checking |
| Reporting Period (month/year): | 09/11 | | |

| | |
|---|---|
| Beginning Cash Balance: | 5,000.72 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | |
| Proceeds from Debtor Corpus: | |
| Collection of Accounts Receivable/Refunds: | 787.73 |
| Proceeds from Litigation (settlement or otherwise): | 14,000.00 |
| Interest Income | |
| Transfer of Funds | 142,475.82 |
| Total of cash received: | 157,263.55 |
| Total of cash available: | 162,264.27 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 1,057.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 135,469.00 |
| All other disbursements made in the ordinary course: | 25,738.27 |
| Transfers | |
| Total Disbursements | 162,264.27 |
| Ending Cash Balance | - |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:                                          Name/Title:

Debtor:        Midway Liquidating Trust

*Lee E. Buchwald*
*Pres., Buchwald Capital Advisers LLC*
*Trustee*

## MIDWAY LIQUIDATING TRUST
## CHECKING (OPERATING) 1081
## FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

### DISBURSEMENTS UNDER THE PLAN

| Date | | Payee | Amount |
|---|---|---|---|
| 7/1/2011 | | Epiq Systems | 1,057.00 |
| | | Total Plan Payments | 1,057.00 |

### BANKRUPTCY PROFESSIONALS DISBURSEMENTS

| Date | | Payee | Amount |
|---|---|---|---|
| 7/28/2011 | 2127 | Bederson & Co. LLP | 9,575.00 |
| 7/28/2011 | 2128 | Buchwald Capital Advisors LLC | 5,132.89 |
| 7/28/2011 | 2130 | Epiq Systems | 7,977.33 |
| 7/28/2011 | 2131 | Jones Day | 2,830.19 |
| 7/28/2011 | 2132 | Richards, Layton & Finger | 15,776.07 |
| 8/28/2011 | 2122 | Buchwald Capital Advisors LLC | 5,117.60 |
| 8/28/2011 | 2125 | Epiq Systems | 5,642.02 |
| 8/28/2011 | 2126 | Jones Day | 4,815.36 |
| 8/28/2011 | 3134 | Richards, Layton & Finger | 10,597.02 |
| 8/28/2011 | 2135 | Wawrzynek & Associates CPA's | 1,438.20 |
| 8/31/2011 | | Fujimoto at The Bank of Tokyo | 18,644.44 |
| 9/23/2011 | 2143 | Bederson & Co. LLP | 16,752.00 |
| 9/23/2011 | 2144 | Buchwald Capital Advisors LLC | 5,105.62 |
| 9/23/2011 | 2146 | Epiq Systems | 3,934.68 |
| 9/23/2011 | 2147 | Jones Day | 8,475.00 |
| 9/23/2011 | 2148 | Richards, Layton & Finger | 13,655.58 |
| | | Total Bankruptcy Professionals | 135,469.00 |

### ORDINAY COURSE DISBURSEMENTS

| Date | | Payee | Amount |
|---|---|---|---|
| 7/28/2011 | 2129 | Chicago Records Management | 15,374.13 |
| 7/28/2011 | 2133 | U.S. Trustee | 7,800.00 |
| 8/28/2011 | 2123 | C. Marino | 138.00 |
| 9/6/2011 | 2276 | Chicago Records Management | 1,486.24 |
| 9/23/2011 | 2145 | Chicago Records Management | 275.10 |
| 9/23/2011 | 2149 | U.S. Trustee | 664.80 |
| | | Total Ordinary Course | 25,738.27 |
| | | Total Disbursements | 162,264.27 |

**Buchwald Capital Advisors LLC**
**Reconciliation Report**
**Checking (Operating), Period Ending 09/30/2011**

Reconciled on: 10/13/2011 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Shari Hartstein

## Summary

| | |
|---|---|
| Statement Beginning Balance | 5000.72 |
| Cleared Checks and Payments | -118507.11 |
| Cleared Deposits and Other Credits | +157263.55 |
| Statement Ending Balance | 43757.16 |
| Uncleared transactions as of 09/30/2011 | -43757.16 |
| Register Balance as of 09/30/2011 | 0.00 |

## Details

Cleared Checks and Payments

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/01/2011 | Check | | Epiq Systems | -1057.00 |
| 07/28/2011 | Check | 2131 | Jones Day | -2830.19 |
| 07/28/2011 | Check | 2128 | Buchwald Capital Advisors LLC | -5132.89 |
| 07/28/2011 | Check | 2132 | Richards, Layton & Finger | -15776.07 |
| 07/28/2011 | Check | 2129 | Chicago Records Management | -15374.13 |
| 07/28/2011 | Check | 2130 | Epiq Systems | -7977.33 |
| 07/28/2011 | Check | 2133 | U.S. Trustee | -7800.00 |
| 07/28/2011 | Check | 2127 | Bederson & Co. LLP | -9575.00 |
| 08/28/2011 | Check | 2123 | C. Marino Inc. | -138.00 |
| 08/28/2011 | Check | 2134 | Richards, Layton & Finger | -10597.02 |
| 08/28/2011 | Check | 2135 | Wawrzynek & Associates CPA's | -1438.20 |
| 08/28/2011 | Check | 2122 | Buchwald Capital Advisors LLC | -5117.60 |
| 08/28/2011 | Check | 2126 | Jones Day | -4815.36 |
| 08/28/2011 | Check | 2125 | Epiq Systems | -5642.02 |
| 08/31/2011 | Check | | Fujimoto at The Bank of Tokyo-Mitsubishi UFJ, Ltd | -18644.44 |
| 09/06/2011 | Check | 2276 | Chicago Records Management | -1486.24 |
| 09/23/2011 | Check | 2144 | Buchwald Capital Advisors LLC | -5105.62 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -118507.11 |

Cleared Deposits and Other Credits

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/22/2010 | Bill Payment | 2002 | Iron Mountain | 0.00 |
| 08/01/2011 | Deposit | | | 60521.89 |
| 08/05/2011 | Deposit | | | 14787.73 |
| 08/30/2011 | Deposit | | | 30000.00 |
| 08/31/2011 | Deposit | | | 20000.00 |
| 09/28/2011 | Transfer | | | 31953.93 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 157263.55 |

## Additional Information

Uncleared Checks and Payments as of 09/30/2011

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 09/23/2011 | Check | 2149 | U.S. Trustee | -664.80 |

| 09/23/2011 | Check | 2145 | Chicago Records Management | -275.10 |
| 09/23/2011 | Check | 2146 | Epiq Systems | -3934.68 |
| 09/23/2011 | Check | 2147 | Jones Day | -8475.00 |
| 09/23/2011 | Check | 2143 | Bederson & Co. LLP | -16752.00 |
| 09/23/2011 | Check | 2148 | Richards, Layton & Finger | -13655.58 |
| Total | | | | -43757.16 |

DUPLICATE

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 01, 2011 -
July 29, 2011

**Page 1 of 2**

**Account Number**
1081

00008769 CEN 802 3J 21111 - NNN T 1  000000000  C1

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $5,000.72 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 1 | $1,057.00 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$3,943.72** |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/01 | ONLINE WIRE TRANSFER VIA: CITIZENS BK OF PEN/036076150 A/C: EPIQ BS AGENT FOR MIDWAY LIQ. NEW YORK NY 10017 NY 10017 US REF: FUNDS FOR BANK SERVICE CHARGESIMAD: 0701B1QGC06C001557 TRN: 0405600182ES YOUR REF: CML OF 11/07/01 | $1,057.00 |
| **Total** | | **$1,057.00** |

### Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/01 | $3,943.72 | | |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** 

July 01, 2011 -
July 29, 2011

**Page 2 of 2**

<u>**Account Number**</u>
1081

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT

# Commercial Checking
(continued)

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

# JPMorganChase 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

July 30, 2011 -
August 31, 2011

**Page 1 of 2**

<u>**Account Number**</u>

1081

<u>**Customer Service**</u>

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00008434 CEN 802 3J 24411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

## Commercial Checking

## Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $3,943.72 |
| Deposits and Credits | 4 | $125,309.62 |
| Withdrawals and Debits | 1 | $18,644.44 |
| Checks Paid | 8 | $69,583.21 |
| **Ending Ledger Balance** | | **$41,025.69** |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/01 | Online Transfer from MMA XXXXX1107 transaction#: 2116266140 | $60,521.89 |
| 08/05 | DEPOSIT 902487117 | $14,787.73 |
| 08/30 | Online Transfer from MMA XXXXX1107 transaction#: 2135391484 | $30,000.00 |
| 08/31 | Online Transfer from MMA XXXXX1107 transaction#: 2136306108 | $20,000.00 |
| **Total** | | **$125,309.62** |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** ⬡

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT

# Commercial Checking
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/31 | FOREIGN EXCHANGE DEBIT A/C: FOREIGN CUR BUS ACCT BK 1 COLUCOLUMBUS OH BEN:/1142919 FUJIMOTO CO. REF: INVOICE DATED 26-AUG-11/OCMT/JPY1390000,/EXCH/0.013413263/ TRN: 2119900243RE YOUR REF: 2011083100002036 | $18,644.44 |

| **Total** | | **$18,644.44** |
|---|---|---|

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2122 | 08/31 | $5,117.60 | 2129 | 08/03 | $15,374.13 | 2132 | 08/02 | $15,776.07 |
| 2127* | 08/03 | $9,575.00 | 2130 | 08/04 | $7,977.33 | 2133 | 08/03 | $7,800.00 |
| 2128 | 08/02 | $5,132.89 | 2131 | 08/02 | $2,830.19 | | | |

| **Total** | 8 check(s) | | | | | | | **$69,583.21** |
|---|---|---|---|---|---|---|---|---|

\* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/01 | $64,465.61 | 08/05 | $14,787.73 |
| 08/02 | $40,726.46 | 08/30 | $44,787.73 |
| 08/03 | $7,977.33 | 08/31 | $41,025.69 |
| 08/04 | $.00 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

DUPLICATE

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754

September 01, 2011 -
September 30, 2011

**Page 1 of 2**

**Account Number** ⬚ 1081

00008357 CEN 802 3J 27411 - NNN T 1 000000000 C1

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT
BEDERSON AND COMPANY LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



## Commercial Checking

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $41,025.69 |
| Deposits and Credits | 1 | $31,953.93 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 7 | $29,222.46 |
| **Ending Ledger Balance** | | **$43,757.16** |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/28 | Online Transfer from  MMA XXXXX1107 transaction#: 2155233510 | $31,953.93 |
| **Total** | | **$31,953.93** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2123 | 09/08 | $138.00 | 2134* | 09/06 | $10,597.02 | 2276* | 09/15 | $1,486.24 |
| 2125* | 09/07 | $5,642.02 | 2135 | 09/12 | $1,438.20 | | | |
| 2126 | 09/07 | $4,815.36 | 2144* | 09/28 | $5,105.62 | | | |

| Total | 7 check(s) | | | | | | | $29,222.46 |
|---|---|---|---|---|---|---|---|---|

\* indicates gap in sequence

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** ⬡

September 01, 2011 -
September 30, 2011

**Page 2 of 2**

Account Number
☐ 1081

MIDWAY LIQUIDATING TRUST
OPERATING ACCOUNT

## Commercial Checking
(continued)

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 09/06 | $30,428.67 | 09/12 | $18,395.09 |
| 09/07 | $19,971.29 | 09/15 | $16,908.85 |
| 09/08 | $19,833.29 | 09/28 | $43,757.16 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtor's Name: | Midway Liquidating Trust | Bank: | JPMorganChase |
| Bankruptcy Number: | 09-10465 (KG) | Account Number: | 1370 |
| Date of Confirmation: | 06/11/10 | Account Type | Checking |

Reporting Period (month/year): 09/11

Beginning Cash Balance: 4,632.01

All receipts received by the debtor:

Cash Sales:

Proceeds from Debtor Corpus:

Collection of Accounts Receivable/Refunds:

Proceeds from Litigation (settlement or otherwise):

Interest Income

Voided Checks

Transfer of Funds

Total of cash received: 0.00

Total of cash available: 4,632.01

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals: 328.87

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:

All other disbursements made in the ordinary
course: 142.08
Transfers
Total Disbursements 470.95

Ending Cash Balance 4,161.06

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:

Name/Title: _President_
_Buchman Capital Advisors LLC,_
_Trustee_

Debtor: Midway Liquidating Trust

# MIDWAY LIQUIDATING TRUST
## CHECKING (PAYROLL) 1370
### FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

## DISBURSEMENTS UNDER THE PLAN

| 2/11/2011 | 231 | Blackwell, Angelique | 60.49 |
|---|---|---|---|
| 2/11/2011 | 247 | Bdodiya, Shrikant | 32.80 |
| 2/11/2011 | 287 | Longstreet, James | 70.31 |
| 2/11/2011 | 294 | Mefford, Nathan | 156.89 |
| 7/29/2011 | EFT | Paychex Taxes | 8.38 |
| | | Total Plan Payments | 328.87 |

## ORDINAY COURSE DISBURSEMENTS

| 7/11/2011 | EFT | Paychex | 25.00 |
|---|---|---|---|
| 7/15/2011 | EFT | JP Morgan Chase | (60.92) |
| 8/10/2011 | EFT | Paychex | 178.00 |
| | | Total Ordinary Course | 142.08 |
| | | Total Disbursements | 470.95 |

B & CO, LLP 10/13/2011

# Buchwald Capital Advisors LLC
## Reconciliation Report
### Checking (payroll), Period Ending 09/30/2011

Reconciled on: 10/13/2011 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Shari Hartstein

## Summary

| | |
|---|---|
| Statement Beginning Balance | 4632.01 |
| Cleared Checks and Payments | -531.87 |
| Cleared Deposits and Other Credits | +60.92 |
| Statement Ending Balance | 4161.06 |
| Register Balance as of 09/30/2011 | 4161.06 |

## Details

Cleared Checks and Payments

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 02/11/2001 | Check | 287 | Longstreet, James | -70.31 |
| 02/11/2011 | Check | 247 | Dodiya, Shrikant | -32.80 |
| 02/11/2011 | Check | 294 | Mefford, Nathan | -156.89 |
| 02/11/2011 | Check | 231 | Blackwell, Angelique | -60.49 |
| 07/11/2011 | Check | | Paychex Services | -25.00 |
| 07/29/2011 | Check | | Paychex Taxes | -8.38 |
| 08/10/2011 | Check | | Paychex Services | -178.00 |
| Total | | | | -531.87 |

Cleared Deposits and Other Credits

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/15/2011 | Deposit | | | 60.92 |
| Total | | | | 60.92 |

**JPMorganChase** ⚙

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754



**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

Iₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

00008782 CEN 802 3J 21111 - NNN T 1  000000000  C1 0000

MIDWAY LIQUIDATING TRUST
EMPLOYEE PAYMENTS ACCOUNT
C/O BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17 TH FL
NEW YORK NY 10168-1799

## Commercial Checking

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $4,632.01 |
| Deposits and Credits | 1 | $60.92 |
| Withdrawals and Debits | 2 | $33.38 |
| Checks Paid | 1 | $32.80 |
| **Ending Ledger Balance** | | **$4,626.75** |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/15 | FEE REVERSAL | $60.92 |
| **Total** | | **$60.92** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/11 | ORIG CO NAME:PAYCHEX EIB        ORIG ID:9000000021 DESC DATE:110711 CO ENTRY DESCR:INVOICE   SEC:CCD TRACE#:021000024872373 EED:110711   IND ID:X40710600010138        IND NAME:MIDWAY LIQUIDATING TRU TRN: 1894872373TC | $25.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** ⬢

July 01, 2011 -
July 29, 2011

**Page 2 of 2**

**Account Number**
⌐_____⌐1370

MIDWAY LIQUIDATING TRUST
EMPLOYEE PAYMENTS ACCOUNT

## Commercial Checking
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/29 | ORIG CO NAME:PAYCHEX TPS          ORIG ID:1161124166 DESC DATE:072511 CO ENTRY DESCR:TAXES    SEC:CCD   TRACE#:021000026678487 EED:110729  IND ID:40992700090611X          IND NAME:MIDWAY LIQUIDATING TR  23560 TRN: 2096678487TC | $8.38 |
| **Total** | | **$33.38** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 247 | 07/18 | $32.80 | | | | | | |
| **Total** | **1 check(s)** | | | | | | | **$32.80** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/11 | $4,607.01 | 07/18 | $4,635.13 |
| 07/15 | $4,667.93 | 07/29 | $4,626.75 |

Your service charges, fees and earnings credit have been calculated through account analysis.

 **JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754



IullllImmlltilltdulmulllmlltilldulmullltimIllud
00008447 CEN 802 3J 24411 - NNN T 1 000000000 C1 0000

MIDWAY LIQUIDATING TRUST
EMPLOYEE PAYMENTS ACCOUNT
C/O BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17 TH FL
NEW YORK NY 10168-1799

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## Commercial Checking

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $4,626.75 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 1 | $178.00 |
| Checks Paid | 2 | $227.20 |
| **Ending Ledger Balance** | | **$4,221.55** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/10 | ORIG CO NAME:PAYCHEX EIB    ORIG ID:9000000021 DESC DATE:110810 CO ENTRY DESCR:INVOICE  SEC:CCD TRACE#:021000028066794 EED:110810  IND ID:X41069100017863        IND NAME:MIDWAY LIQUIDATING TRU TRN: 2218066794TC | $178.00 |
| **Total** | | **$178.00** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 287 | 08/26 | $70.31 | 294* | 08/15 | $156.89 | | | |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase** ⬢

July 30, 2011 -
August 31, 2011

**Page 2 of 2**

<u>Account Number</u>
[_____]1370

MIDWAY LIQUIDATING TRUST
EMPLOYEE PAYMENTS ACCOUNT

## Commercial Checking
(continued)

| | |
|---|---|
| **Total     2 check(s)** | **$227.20** |
| ' indicates gap in sequence | |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 08/10 | $4,448.75 | 08/26 | $4,221.55 |
| 08/15 | $4,291.86 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO TX 78265-9754



||||..|||....||.|.|.|....||..||.|.|..|....|||..|||.|
00008370 CEN 802 3J 27411 - NNN T 1 000000000 C1 0000

MIDWAY LIQUIDATING TRUST
EMPLOYEE PAYMENTS ACCOUNT
C/O BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17 TH FL
NEW YORK NY 10168-1799

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $4,221.55 |
| Deposits and Credits | 0 | $.00 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 1 | $60.49 |
| **Ending Ledger Balance** | | **$4,161.06** |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 231 | 09/19 | $60.49 | | | | | | |
| **Total** | **1 check(s)** | | | | | | | **$60.49** |

### Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/19 | $4,161.06 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.